IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN BENNETT | : | |
| | : | Case No. 1:05CV02225 |
| Plaintiff, | : | |
| | : | Judge: Richard L. Leon |
| v. | : | |
| | : | Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION | : | |
| et al. | : | Date Stamp: 11/16/05 |
| | : | |
| Defendants | : | |

<u>DEFENDANT HARRY COHEN'S ANSWER TO PLAINTIFF'S COMPLAINT</u>

COMES NOW the Defendant Harry Cohen, by his attorneys, Jeffrey T. Brown and DeCaro, Doran, Siciliano, Gallagher, & DeBlasis, LLP and for Answer to the Complaint filed herein, and for each and every Count therein, states:

<u>FIRST DEFENSE</u>

The court lacks subject matter jurisdiction over the subject matter of the Complaint.

<u>SECOND DEFENSE</u>

The plaintiff's Complaint fails to state a claim upon which relief may be granted.

<u>THIRD DEFENSE</u>

Some of the plaintiff's Complaint is barred by the statute of limitations.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

———

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

## FOURTH DEFENSE

The plaintiff's Complaint is barred by the doctrines of res judicata and/or equitable estoppel as the result of the adjudication of a former lawsuit involving the Plaintiff.

## FIFTH DEFENSE

The Defendant denies his capacity and authority to be sued in a representative capacity on behalf of any entity named in the Complaint, other than himself personally.

## SIXTH DEFENSE

The Defendant raises and asserts the affirmative defenses of accord and satisfaction, assumption of risk, contributory negligence, duress, estoppel, fraud, illegality, injury by fellow servant, laches, payment, release, and waiver.

## SEVENTH DEFENSE

The Defendant raises and asserts the defense of insufficiency of service of process upon this Defendant for any entity other than this Defendant personally.

## EIGHTH DEFENSE

This Defendant generally denies any and all allegations against him in this action, and demands strict proof thereof.

Defendant responds to the specific paragraphs of the plaintiff's Complaint as follows:

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

1.  The defendant denies any allegations of wrongdoing or improper motive implicit in the allegations of this paragraph.

2.  The defendant denies any allegations of wrongdoing or improper motive implicit in the allegations of this paragraph.

3.  The defendant denies that this Court has jurisdiction over the subject matter of this action.

4.  The defendant admits the allegation of venue.

5.  The defendant denies the allegations of this paragraph.

6.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

7.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

8.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

9.  The defendant admits the allegations of the first two sentences of this paragraph and is without sufficient knowledge to admit or deny those of the third sentence and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD   VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

10. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

11. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

12. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

13. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

14. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

15. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

16. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

17. The defendant is without sufficient knowledge to admit

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK 4601 FORBES BOULEVARD SUITE 200 POST OFFICE BOX 40 LANHAM, MD 20703-0040 TELEPHONE: (301) 306-4300 FAX: (301) 306-4988

———

2565 CHAIN BRIDGE ROAD  VIENNA, VIRGINIA 22181 TELEPHONE: (703) 255-6667 FAX: (703) 299-8548

or deny the allegations of this paragraph and therefore denies them.

18. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

19. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

20. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

21. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

22. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

23. The defendant admits the allegations of the first two sentences in the paragraph. As to the remaining three sentences, the defendant is without sufficient information to admit or deny the allegations and therefore denies them.

24. The defendant is without sufficient knowledge to admit

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK 4601 FORBES BOULEVARD SUITE 200 POST OFFICE BOX 40 LANHAM, MD 20703-0040 TELEPHONE: (301) 306-4300 FAX: (301) 306-4988

———

2565 CHAIN BRIDGE ROAD VIENNA, VIRGINIA 22181 TELEPHONE: (703) 255-6667 FAX: (703) 299-8548

or deny the allegations of this paragraph and therefore denies them.

25. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

26. As to the first sentence of this paragraph, the defendant admits that he was president of the MCA from approximately April, 2004 to April 2005. He admits the allegations of the second and third sentence. As to the remaining allegations of the paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

27. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

28. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

29. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

30. The defendant is without sufficient knowledge to admit

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD   VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

or deny the allegations of this paragraph and therefore denies them.

31. The defendant admits that the persons named held the offices specified at some time in the past. He does not know whether they held such office at the times indicated throughout the complaint.

32. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

33. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

33.a. The defendant admits that "the Denker" is a prestigious scholastic chess tournament.  He is not aware of what specific prizes are awarded.  As to the other allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

33.b. The defendant admits that the U.S. Chess Hall of Fame was for some period of time located at 1501 M Street, N.W., Washington, D.C. As to the other allegations of this paragraph, the defendant is without sufficient to

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

———

2565 CHAIN BRIDGE
ROAD   VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

admit or deny the allegations of this paragraph and therefore denies them.

33.c. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

33.d. The defendant admits that Maurice Ashley is a Grand master. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

33.e. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

33.f. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

34. The defendant denies the existence of any scheme alleged in this paragraph or any participation by him in any such scheme.

35. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

————

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

————

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

8

36. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

37. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

38. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

39. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

40. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

41. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

42. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

———

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

43.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

44.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

45.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

46.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

47.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

48.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

49.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

_____

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

_____

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

50.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

51.   As to the allegations of the first sentence in the paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them. The defendant denies the allegations of the next two sentences. As to the remaining two sentences of the paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraphs and therefore denies them.

52.   The defendant admits the allegations of the first paragraph. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

53.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

54.   The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

11

55. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

56. The defendant denies the allegations of the first sentence of this paragraph. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

57. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

58. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

59. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

60. The defendant admits that Beate Kanamine is Caucasian. He believes that she coordinated a trip to Russia for school children. As to the remaining allegations of the paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

12

61.  The defendant admits that the winner of the MSSC is awarded a full scholarship to UMBC.  As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

62.  The defendant admits that David Mehler was the president of the MCA and believes that he has coached Alex Sherzer.  As to the remaining allegations in this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

63.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

64.  The defendant admits that Gregory Vasserstein is Caucasian.  As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

65.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP
———
WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988
———
2565 CHAIN BRIDGE
ROAD   VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

13

66. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

67. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

68. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

69. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

70. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

71. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

72. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD   VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

73. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

74. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

75. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

76. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

77. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

78. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

79. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK 4601 FORBES BOULEVARD SUITE 200 POST OFFICE BOX 40 LANHAM, MD 20703-0040 TELEPHONE: (301) 306-4300 FAX: (301) 306-4988

———

2565 CHAIN BRIDGE ROAD  VIENNA, VIRGINIA 22181 TELEPHONE: (703) 255-6667 FAX: (703) 299-8548

80. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

81. As to all of the subparagraphs of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

82. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

83. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

84. The defendant denies the allegations of this paragraph.

85. The defendant denies the allegations of this paragraph.

86. The defendant denies the allegations of this paragraph.

87. The defendant denies the allegations of this paragraph.

88. The defendant denies the allegations of this paragraph.

89. The defendant denies the allegations of all subparagraphs of this paragraph.

90. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD   VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

91.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

92.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

93.  The defendant responds to the reallegations as above

94.  The defendant denies the allegations of this paragraph.

95.  The defendant responds to the reallegations as above.

96.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

97.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

98.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

99.  The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

——

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

——

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

17

100. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

101. The defendant responds to the reallegations as above.

102. The defendant denies the allegations of this paragraph.

103. The defendant denies the allegations of this paragraph.

104. The defendant denies that he participated in denying any rights of the plaintiff.

105. The defendant responds to the reallegations as above.

106. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

107. The defendant denies any involvement in the circumstances asserted. As to such circumstances, the defendant is without knowledge to admit or deny the truth thereof, and therefore denies them.

108. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

109. The defendant denies the allegations of this paragraph.

110. The defendant responds to the reallegations as above.

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

———

2565 CHAIN BRIDGE ROAD   VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

111. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

112. The defendant denies the allegations of this paragraph.

113. The defendant denies the allegations of this paragraph.

114. The defendant denies the allegations of this paragraph.

115. The defendant denies the allegations of this paragraph.

116. The defendant denies the allegations of this paragraph.

117. The defendant denies the allegations of this paragraph.

118. The defendant denies the implication of wrongdoing on his part implicit in the allegations in this paragraph. AS to the remaining allegations of this paragraph, the defendant is without sufficient knowledge o admit or deny the allegations of this paragraph and therefore denies them.

119. The defendant responds to the reallegations as above.

120. The defendant denies any implicit allegations of involvement on his part in the circumstances alleged in this paragraph.  As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK 4601 FORBES BOULEVARD SUITE 200 POST OFFICE BOX 40 LANHAM, MD 20703-0040 TELEPHONE: (301) 306-4300 FAX: (301) 306-4988

———

2565 CHAIN BRIDGE ROAD  VIENNA, VIRGINIA 22181 TELEPHONE: (703) 255-6667 FAX: (703) 299-8548

19

121. The defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

122. The defendant responds to the reallegations as above.

123. The defendant denies any implicit allegations of involvement on his part in the circumstances alleged in this paragraph. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

124. The defendant denies any implicit allegations of involvement on his part in the circumstances alleged in this paragraph. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

125. The defendant responds to the reallegations as above.

126. The defendant denies any implicit allegations of involvement on his part in the circumstances alleged in this paragraph. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

———

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

———

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

127. The defendant denies any implicit allegations of involvement on his part in the circumstances alleged in this paragraph. As to the remaining allegations of this paragraph, the defendant is without sufficient knowledge to admit or deny the allegations of this paragraph and therefore denies them.

WHEREFORE, the defendant respectfully requests that the complaint of the plaintiff be dismissed with prejudice and that he be allowed the costs of the action and for such other and further relief as to the Court may seem appropriate.

Respectfully submitted,


DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP


_____
Jeffrey T. Brown, Esquire (421754)
4601 Forbes Boulevard
Suite 200
Post Office Box 40
Lanham, Maryland 20703-0040
(301) 306-4300
Counsel for Defendant Cohen

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

-----

WASHINGTON
BUSINESS PARK
4601 FORBES
BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-
0040
TELEPHONE: (301) 306-
4300
FAX: (301) 306-4988

-----

2565 CHAIN BRIDGE
ROAD  VIENNA,
VIRGINIA 22181
TELEPHONE: (703) 255-
6667
FAX: (703) 299-8548

21

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of December, 2005, I mailed, via first class mail, postage prepaid, and electronic filing, a copy of the foregoing Answer to:

Vaughn L. Bennett
2520 10th Street, N.E. #27
Washington, D.C. 20018

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

_____
Jeffrey T. Brown, Esquire
Counsel for Defendant Harry Cohen

DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS, LLP

———

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD  VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548