IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN BENNETT | : |
|     Plaintiff, | : Case No. 1:05CV02225 |
| | : |
| v. | : Judge: Richard L. Leon |
| | : |
| | : Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION | : |
| et al. | : Date Stamp: 11/16/05 |
| | : |
|     Defendants | : |

**MOTION TO QUASH SERVICE UPON HARRY COHEN
ON BEHALF OF THE UNITED STATES CHESS FEDERATION,
MARYLAND CHESS ASSOCIATION, AND DISTRICT OF COLUMBIA
CHESS LEAGUE**

    COMES NOW Defendant Harry Cohen, by and through his attorneys, Jeffrey T. Brown and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and in reliance upon Rule 4(h) of the Federal Rules of Civil Procedure moves to quash attempted service upon Harry Cohen as putative representative of the United States Chess Federation, the Maryland Chess Association, and the District of Columbia Chess League, and as grounds in support thereof, states as follows:

    1.    Defendant Harry Cohen has been sued individually and in what Plaintiff classifies as "his official capacity as a member of the USCF and in his official capacity as President of MCA [Maryland Chess Association] and in his official capacity as Treasurer of DCCL [District of Columbia Chess League]". See, Plaintiff's Complaint, caption, at p. 3.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
─────
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
─────
2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

2.   On or about November 22, 2005, service by certified mail was attempted upon Defendant Harry Cohen in the form of three summonses delivered to Defendant Cohen, one of which was "in his individual capacity" (See, Summons, attached hereto as "Exhibit A") one of which was to Defendant Cohen "in his official capacity" (See, Summons, attached hereto as "Exhibit B"), and one of which was merely addressed to "Maryland Chess Association" (See, Summons, attached hereto as "Exhibit C").

3.   Exhibit B does not clarify in what official capacity Defendant Cohen was allegedly served, or for what organization(s) he was allegedly eligible to receive service of process and was being served.  No summons served upon Defendant Cohen references either the United States Chess Federation or the District of Columbia Chess League.  Rule 4(a) of the Federal Rules of Civil Procedure specifies that the summons shall "be directed to the Defendant", meaning that the Defendant to whom the summons applies must be identified with sufficient clarity as to apprize that party that they are subject to the summons.  Exhibit B is clearly deficient as it fails to identify for what entities Defendant Cohen is allegedly being served in his "official capacity", or what that capacity is as to each.

3.   At the time of commencement of this action, Defendant Harry Cohen was not an officer, managing or general agent, or

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

agent authorized by appointment or by law to receive service of process on behalf of either the United States Chess Federation or the Maryland Chess Association.  (See, Affidavit of Harry Cohen, attached hereto as "Exhibit D").

    4.   Upon information and belief, and as alleged by Plaintiff, the United States Chess Federation is a corporation or association, with officers and/or directors, and presumably an authorized agent for service consistent with the laws of the state of its incorporation.  Defendant Harry Cohen is a member of this national organization, but is not an officer, managing or general agent, or resident agent, and was not at any time relevant to this action.  Defendant Cohen is not a person otherwise authorized by Federal Rule 4(h) as one upon whom service can be made for the United States Chess Federation.  See, Exhibit D.  Accordingly, attempted service upon Defendant Cohen on behalf of Defendant United States Chess Federation is invalid.

    5.   Upon information and belief, the Maryland Chess Association has been, at all times relevant hereto, a Maryland corporation with officers and a resident agent for receipt of service of process.  Defendant Harry Cohen was not such an officer at the time of attempted service, was not the corporation's managing or general agent, and was not the corporation's resident agent at the time of attempted service.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Defendant Cohen was not otherwise a proper person upon whom service could be made on behalf of the Maryland Chess Association pursuant to Federal Rule 4(h).  <u>See</u>, Exhibit D.  Accordingly, attempted service upon Defendant Cohen on behalf of the Maryland Chess Association is invalid.

   WHEREFORE, Defendant Cohen respectfully requests that attempted service upon him in his alleged "official capacity" on behalf of The United States Chess Federation and the District of Columbia Chess League, as to which no summons has been issued and properly served upon Defendant Cohen or either entity, be quashed.  As to Defendant the Maryland Chess Association, Defendant Cohen also respectfully requests that attempted service upon him on behalf of that entity be quashed, as he was not a proper person upon whom service for that entity could be made.

                              Respectfully submitted,

                              DeCARO, DORAN, SICILIANO, GALLAGHER
                              & DeBLASIS, LLP

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

                              _____
                              Jeffrey T. Brown (421754)
                              4601 Forbes Boulevard
                              Suite 200
                              Lanham, Maryland 20703
                              (301) 306-4300
                              **Counsel for Defendant Harry Cohen**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a copy of the foregoing Motion to Quash Service Upon Harry Cohen on Behalf of the United States Chess Federation, Maryland Chess Association and the District of Columbia Chess League was mailed, via first class mail, postage prepaid, this _____ day of December, 2005 to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

                                                _____
                                                Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN BENNETT | : | |
| | : | Case No. 1:05CV02225 |
| Plaintiff, | : | |
| | : | Judge: Richard L. Leon |
| v. | : | |
| | : | Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION | : | |
| et al. | : | Date Stamp: 11/16/05 |
| | : | |
| Defendants | : | |

## ORDER

Upon consideration of the Motion to Quash filed by Defendant Harry Cohen, and the grounds offered in support thereof, it is, this _____ day of _____, 200_, hereby,

ORDERED, that Defendant Cohen's Motion to Quash is hereby GRANTED; and it is further,

ORDERED, that attempted service upon Defendant Harry Cohen, on behalf of The United States Chess Federation, Maryland Chess Association and the District of Columbia Chess League, is hereby quashed.

_____
Judge Richard J. Leon
United States District Court for
The District of Columbia

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Copies to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

Jeffrey T. Brown, Esq.
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548