**EXHIBIT B**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Vaughn L. Bennett

**SUMMONS IN A CIVIL CASE**

V.

U.S. of America Chess Federation (USCF), et al

CASE NUMBER 1:05CV02225

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employme...

DATE STAMP: 11/16/2005

TO: (Name and address of Defendant)

Harry Cohen, in his official capacity

PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'~~~~~~~~ (name and address)

Vaughn L. Bennett
2520 10th St. NE, #27
Washington, D.C. 20018

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           NOV 16 2005
CLERK                                 DATE

(By) DEPUTY CLERK