IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN BENNETT | : |
|     Plaintiff, | :   Case No. 1:05CV02225 |
| | : |
| v. | :   Judge: Richard L. Leon |
| | : |
| UNITES STATES CHESS FEDERATION | :   Deck Type: Civil Rights (non- |
| et al. | :   Date Stamp: 11/16/05 |
| | : |
|     Defendants | : |

**ORDER**

Upon consideration of the Motion to Quash filed by Defendant Harry Cohen, and the grounds offered in support thereof, it is, this _____ day of _____, 200_, hereby,

ORDERED, that Defendant Cohen's Motion to Quash is hereby GRANTED; and it is further,

ORDERED, that attempted service upon Defendant Harry Cohen, on behalf of The United States Chess Federation, Maryland Chess Association and the District of Columbia Chess League, is hereby quashed.

 

_____
Judge Richard J. Leon
United States District Court for
The District of Columbia

Copies to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Jeffrey T. Brown, Esq.
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

-7-