IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN BENNETT | : | |
| | : | Case No. 1:05CV02225 |
| Plaintiff, | : | |
| | : | Judge: Richard L. Leon |
| v. | : | |
| | : | Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION | : | |
| et al. | : | Date Stamp: 11/16/05 |
| | : | |
| Defendants | : | |

**DEFENDANT COHEN'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

COMES NOW Defendant Harry Cohen, by and through his attorneys, Jeffrey T. Brown and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and in reliance upon and pursuant to Rules 12(c) and (h) of the Federal Rules of Civil Procedure, or in the alternative in reliance upon Rule 56 of the Federal Rules of Civil Procedure, moves to dismiss this action, or in the alternative for summary judgment, for failure to state a claim upon which relief can be granted as to Harry Cohen, and lack of standing on the part of the Plaintiff, and as grounds in support thereof, states as follows:

1. Plaintiff claims in this matter that Defendant Harry Cohen, who has been sued both individually and in alleged representative capacities, committed wrongful acts toward the Plaintiff and others who are not parties to this matter.

2. Defendant Harry Cohen has no knowledge of ever having met the Plaintiff, having seen the Plaintiff, or of ever having spoken

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

to the Plaintiff to date.  Prior to receipt of suit papers in this matter, Defendant Cohen did not know who the Plaintiff was.  <u>See</u>, Affidavit of Harry Cohen, attached hereto as "Exhibit A".

3.  Plaintiff's Complaint first attempts to state a claim against Defendant Harry Cohen in paragraph 33(a), page 12, of said Complaint, wherein the Plaintiff alleges that in April of 2001, more than four years before the commencement of this action, Defendant Cohen, among others, was allegedly involved in a racially motivated scheme designed to deny African American and Vietnamese children the opportunity to compete in a national chess tournament. Defendant Cohen has denied Plaintiff's allegations in his Answer and Affidavit.

4.  In said allegations against Defendant Cohen, which Cohen has denied, Plaintiff does not contend that he was in any way personally affected or harmed by the alleged scheme, allegedly directed at only unnamed African American and Vietnamese children. Plaintiff does not contend he is such an African American or Vietnamese child.  Accordingly, Plaintiff appears to lack standing to assert such a claim for non-parties allegedly harmed by the alleged conduct.

5.  In addition to appearing to lack standing to assert alleged claims of discrimination on behalf of unnamed others, paragraph 33 of said Complaint, and its sub-parts, merely mentions

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Defendant Cohen's name, and asserts no facts whatsoever specifying in what way, if any, Defendant Cohen allegedly schemed to disadvantage African American or Vietnamese children. No facts are asserted describing Defendant Cohen's alleged participation in any scheme, although such facts are asserted against other named Defendants, and no facts are asserted setting forth as to Defendant Cohen a prima facie case of any kind. In sub-parts a. through f. of paragraph 33, specific actions of others are alleged, but Defendant Cohen is not mentioned at all, and no conduct of his is alleged to have occurred and caused harm. Defendant Cohen has denied being involved in such alleged conduct, and has asserted that his only involvement regarding the Denker Tournament is to issue funds as treasurer of the District of Columbia Chess League, when requested by the DCCL, to help defray costs incurred by whichever child attends the tournament for the District of Columbia, as dictated by need. <u>See</u>, Exhibit A.

      6.    Plaintiff reasserts his allegations of discrimination against non-parties to this action in Paragraph 34 of his Complaint, once again mentioning Defendant Cohen's name, but failing to allege a single act by Defendant Cohen which was allegedly discriminatory. Plaintiff lacks standing for the reasons previously noted, and has failed to set forth any facts suggesting the existence of a prima facie case against Defendant Cohen.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

7.  In Paragraph 56 of Plaintiff's Complaint, Plaintiff alleges that the Maryland Chess Association, "under the leadership of Defendant Cohen" created new rules to deny Plaintiff's teams the ability to win team trophies.  Plaintiff's allegations do not assert that Defendant Cohen specifically acted or caused others to act in a discriminatory way, but rather asserts that the Maryland Chess Association, a corporation, did so generally.  As noted previously, Defendant Cohen has denied Plaintiff's allegations.  Plaintiff once again asserts a claim on behalf of persons not party to this action, namely youth members of club chess teams who cannot win team trophies in scholastic competition.  Plaintiff is not a scholastic chess player and is not directly harmed by the alleged inability to win trophies in youth competition.  Plaintiff lacks standing to assert this claim.

8.  Defendant Cohen has responded herein to the allegations of Paragraph 56 of Plaintiff's Complaint by Affidavit, setting forth that he was President of the Maryland Chess Association in August of 2004, but that at no time did he create or direct to be created new rules pertaining to club chess teams in scholastic competition, nor did he or the Maryland Chess Association engage in conduct resulting in disparate treatment based on race.  <u>See</u>, Exhibit A.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

9. Plaintiff's Complaint contains no other allegations specific to Defendant Harry Cohen. As to all allegations specific to Harry Cohen addressed herein, the Plaintiff lacks standing, fails to set forth facts by which a prima facie case against Defendant Cohen is even suggested, and fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant Harry Cohen respectfully requests that Plaintiff's Complaint against him be dismissed for lack of standing and failure to state a claim upon which relief can be granted.

Respectfully submitted,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP


_____
Jeffrey T. Brown (421754)
4601 Forbes Boulevard
Suite 200
Lanham, Maryland 20703
(301) 306-4300
**Counsel for Defendant Harry Cohen**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Motion to Dismiss for Lack of Standing and Failure to State a Claim Upon Which Relief Can Be Granted, or in the Alternative for Summary Judgment was electronically filed and mailed, via first class mail, postage prepaid, this _____ day of December, 2005 to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____
2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

_____
Jeffrey T. Brown

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN BENNETT | : | |
|     Plaintiff, | : | Case No. 1:05CV02225 |
| | : | Judge: Richard L. Leon |
| v. | : | |
| | : | Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION | : | |
| et al. | : | Date Stamp: 11/16/05 |
| | : | |
|     Defendants | : | |

### **ORDER**

Upon consideration of the Motion to Dismiss For Lack of Standing and Failure to State a Claim Upon Which Relief Can Be Granted, or in the Alternative for Summary Judgment, filed by Defendant Harry Cohen, and the grounds offered in support thereof, it is, this _____ day of _____, 200_, hereby,

ORDERED, that Defendant Cohen's Motion to Dismiss for Lack of Standing is hereby GRANTED; and in addition or in the alternative, it is further,

ORDERED, that Defendant Harry Cohen's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, is hereby GRANTED; and in addition or in the alternative, it is further,

ORDERED, that Defendant Harry Cohen's Motion for Summary Judgment is hereby GRANTED.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

                                                                _____
                                                                 Judge Richard J. Leon
                                                                 United States District Court for
                                                                 The District of Columbia

Copies to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

Jeffrey T. Brown, Esq.
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988
_____

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

                                                               _____
                                                                Jeffrey T. Brown