IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN BENNETT                          :
                                        :    Case No. 1:05CV02225
    Plaintiff,                          :
                                        :    Judge: Richard L. Leon
v.                                      :
                                        :    Deck Type: Civil Rights (non-
UNITES STATES CHESS FEDERATION          :
et al.                                  :    Date Stamp: 11/16/05
                                        :
    Defendants                          :

### AFFIDAVIT OF HARRY COHEN

    I, Harry Cohen, being over the age of 18 years, am competent to testify as a witness in this case, and state as follows:

    1.    For the period of approximately April of 2004 to April of 2005, I was president of the Maryland Chess Association, a Maryland corporation.

    2.    I was not president of the Maryland Chess Association at the time of the filing of this action on November 16, 2005, and was not the resident agent of the Maryland Chess Association at the time of service of process in this matter.

-1-

3.  I am a member of the United States Chess Federation, an organization with approximately 50,000 such members, but am not an officer, director, managing agent or resident agent of that entity, and have not been at any time relevant to the claims set forth in Plaintiff's Complaint.

4.  During my tenure as president of the Maryland Chess Association, I did not authorize, participate in or have knowledge of the change of any rule pertaining to the participation of teams, consisting of students of scholastic chess teams, in tournaments sponsored by the Maryland Chess Association to the effect of denying to African American or other children, on the basis of race or ethnicity, intentionally or otherwise, participation in such tournaments as was always permitted of those teams satisfying existing criteria, in or before August of 2004, for scholastic chess teams.  Furthermore, I have no personal knowledge of any other person associated with the Maryland Chess Association acting in any way discriminatorily toward any child, regardless of race or ethnicity.

5.  I have never participated in a scheme, racially motivated or otherwise, to discriminate against or deny any child, including but not limited to African American and

Vietnamese children, the opportunity to win chess scholarships by representing the District of Columbia at the Denker Tournament.

6. During my tenure as treasurer of the District of Columbia Chess League, I did not personally participate in or play any role in the determination of the representative of the District of Columbia for competition at the Denker Chess Tournament at any time, including in or before April of 2001. My involvement with any youth designated to represent the District of Columbia at the Denker Tournament was limited to issuance of a check as treasurer, if requested, to help defray the expenses of said youth representative, if such assistance was deemed needed.

7. Prior to receipt of suit papers in this matter, I have no recollection of ever having met, seen or spoken to the Plaintiff on any matter whatsoever.

8. I have no personal knowledge of any member of the Maryland Chess Association, or any other organization, having acted in any way unfairly or arbitrarily toward the Plaintiff, and have no personal knowledge regarding any person speaking against the Plaintiff or calling for those with whom he associates to be treated adversely due to said association.

9. I have no personal knowledge of any member of the Maryland Chess Association, or any other organization, having acted in any way unfairly or arbitrarily toward any child or other person, based on reasons of race or ethnicity.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE FOREGOING FACTS ARE TRUE.

Harry Cohen