IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN BENNETT : | |
| : | Case No. 1:05CV02225 |
| Plaintiff, : | |
| : | Judge: Richard L. Leon |
| v. : | |
| : | Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION : | |
| et al. : | Date Stamp: 11/16/05 |
| : | |
| Defendants : | |

**ORDER**

Upon consideration of the Motion to Dismiss For Lack of Standing and Failure to State a Claim Upon Which Relief Can Be Granted, or in the Alternative for Summary Judgment, filed by Defendant Harry Cohen, and the grounds offered in support thereof, it is, this _____ day of _____, 200_, hereby,

ORDERED, that Defendant Cohen's Motion to Dismiss for Lack of Standing is hereby GRANTED; and in addition or in the alternative, it is further,

ORDERED, that Defendant Harry Cohen's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, is hereby GRANTED; and in addition or in the alternative, it is further,

ORDERED, that Defendant Harry Cohen's Motion for Summary Judgment is hereby GRANTED.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

-7-

```
                                        _____
                                        Judge Richard J. Leon
                                        United States District Court for
                                        The District of Columbia
```

Copies to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

Jeffrey T. Brown, Esq.
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

United States Chess Federation
65 East Street, Suite 101
Crossville, Tennessee, 38555

BMR Design
853 Larimer Avenue
Turtle Creek, PA 15145

United States Chess Center Foundation
1501 M Street, N.W.
Washington, D.C.

(Defendant Cohen does not yet possess additional addresses of those Defendants not included in the service of this Motion, as such addresses are missing from the Complaint.)

```
                                        _____
                                        Jeffrey T. Brown
```

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

-8-