**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

VAUGHN L. BENNETT

    Plaintiff

  vs.

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), *et al.*

    Defendant

Civil No. : 1:05CV02225 (RJL)
Judge : Richard J. Leon
Deck Type : Civil Rights
(Non-Employment)

## AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANT JOHN MCCRARY

1. My name is Robert John McCrary. I am over eighteen (18) years of age, and I am competent to provide the information set forth in this Affidavit, which is based upon my personal knowledge.

2. I am the former President of the United States of America Chess Federation (hereinafter "USCF"). I served as President of the USCF from August 2001 through August 2003.

3. The United States of America Chess Federation (USCF) is an Illinois State nonprofit corporation headquartered in Tennessee with affiliates in each of the United States.

4. A copy of the Bylaws of the USCF is attached hereto as Exhibit # 1.

5. Under Article V, Section 1 of the Bylaws of the USCF: "The Board of Delegates is responsible for the management of the USCF. It shall formulate general policy, adopt the annual budget and write the Bylaws."

6. The USCF President's duties are defined in Article VI, Section (8) of the Bylaws, which states as follows: "The President shall preside at all meetings of the membership, Board of Delegates, and Executive Board carry out all requirements of these Bylaws, represent the Federation officially on occasion, and report annual to the Board of Delegates."

7. The President is also a member of the USCF Executive Board, a group of 7 members.

8. The Executive Board's duties are defined at Article VI, Section (2) of the Bylaws as follows:

> **Functions:** The Executive Board shall manage the affairs of the Federation, including employment and other contracts, between meetings of the Board of Delegates and shall perform other duties as specified in these Bylaws. The Executive Board shall be subject to the authority of the Board of Delegates and none of its acts shall conflict with the actions taken by the Board of Delegates. The Executive Board's direction to the staff shall generally be given by the President.

9. The Bylaws of the USCF do not give any policy-making authority to its President. Even in dealing with staff, the President must speak only for the Board majority, even if he disagrees with their position.

10. The aforementioned Bylaw provisions were in effect at all times covered by the allegations of the Complaint filed in this action.

*[signature]*
Robert John McCrary

STATE OF SOUTH CAROLINA

COUNTY OF RICHLAND

I HEREBY CERTIFY that on this __16th__ day of December, 2005, before me, a Notary Public in and for the State of South Carolina, personally appeared Robert John McCrary, who made oath in due form of law that the matters and facts stated in the foregoing Affidavit are true and correct to the best of his knowledge, information, and belief.

       AS WITNESS, my hand and Notarial Seal.

*[signature]*
Notary Public

10-03-2013

My commission expires:

BUDOW AND NOBLE, P.C.

*[signature]*
Richard E. Schimel, DC Bar #273193
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814
(301) 654-0896
Attorney for Defendant John McCrary

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage pre-paid and by electronic filing this __17th__ day of December, 2005 to:

Vaughn L. Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018

*[signature]*
Richard E. Schimel