**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VAUGHN L. BENNETT<br><br>    Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>CHESS FEDERATION (USCF), *et al.*<br><br>    Defendant | Civil No.   :   1:05CV02225<br>                       (RJL)<br>Judge       :   Richard J. Leon<br>Deck Type :   Civil Rights<br>                       (Non-Employment) |

**O R D E R**

Upon consideration of the Motion to Dismiss for Failure to State a Cause of action and/or for Summary Judgment filed by Defendant John McCrary, it is hereby,

**ORDERED**, this ____ day of _____, 200_, that the Motion be and the same hereby is, **GRANTED**, and it is further;

_____ **ORDERED**, the Complaint be and the same hereby is DISMISSED WITH PREJUDICE as to Defendant John McCrary;

_____ **ORDERED**, that Summary Judgment be and the same hereby is GRANTED in favor of Defendant John McCrary.

                                                                    _____
                                                                    Honorable Richard J. Leon
                                                                    United States District Court for the
                                                                    District of Columbia

**COPIES TO:**

Richard E. Schimel, Esquire
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814

Vaughn L. Bennett
2520 10th Street, N.E., #27
Washington, D.C.  20018