IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT, | * |
| Plaintiff, | * |
| v. | * Case No.: 1:05CV02225 |
| UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*, | * |
| Defendants. | * |

### ENTRY OF APPEARANCE

The Clerk of this Honorable Court will please enter the appearance of the undersigned as counsel for Defendant, David Mehler.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:_____
David P. Durbin
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2804
Fax: (202) 496-2800

Counsel for Defendant, David Mehler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry Of Appearance was mailed, first class and postage prepaid, this 19th day of December, 2005 to:

>Mr. Vaughn Lee Bennett
>#27
>2520 10th Street, NE
>Washington, DC  20018
>
>Richard E. Schimel, Esquire
>BUDOW & NOBLE, P.C.
>Suite 600
>7201 Wisconsin Avenue
>Bethesda, MD  20814
>   Counsel for John McCrary
>
>Jeffrey Thomas Brown, Sr., Esquire
>DeCARO, DORAN, SICILIANO,
>   GALLAGHER & DeBLASIS, L.L.P.
>P.O. Box 40
>Lanham, MD  20703-0040
>   Counsel for Harry Cohen
>
>Thomas L. McCally, Esquire
>CARR MALONEY, P.C.
>Suite 1100
>1667 K Street, NW
>Washington, DC  20006

_____
David P. Durbin