IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT, | * |
| Plaintiff, | * |
| v. | *  Case No.: 1:05CV02225 |
| UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*, | * |
| Defendants. | * |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Defendant, David Mehler, by and through his undersigned counsel and pursuant to LCvR 7 and FRCvR 6(b), hereby respectfully moves this Honorable Court for the entry of an Order enlarging the time within which this Defendant must file a responsive pleading to and including January 13, 2006.

The *pro se* Plaintiff, Mr. Bennett, in a telephone conversation of today's date, has consented to this relief.

WHEREFORE, Defendant, David Mehler, respectfully prays that the enlargement of time will be granted.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: *[signature]*
David P. Durbin
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2804
Fax: (202) 496-2800

Counsel for Defendant, David Mehler

## POINTS AND AUTHORITIES

1. LCvR 7.

2. FRCvR 6(b).

*[signature]*
David P. Durbin

- 2 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For Enlargement Of Time Within Which To File A Responsive Pleading was mailed, first class and postage prepaid, this 19th day of December, 2005 to:

    Mr. Vaughn Lee Bennett
    #27
    2520 10th Street, NE
    Washington, DC 20018

    Richard E. Schimel, Esquire
    BUDOW & NOBLE, P.C.
    Suite 600
    7201 Wisconsin Avenue
    Bethesda, MD 20814
      Counsel for John McCrary

    Jeffrey Thomas Brown, Sr., Esquire
    DeCARO, DORAN, SICILIANO,
      GALLAGHER & DeBLASIS, L.L.P.
    P.O. Box 40
    Lanham, MD 20703-0040
      Counsel for Harry Cohen

    Thomas L. McCally, Esquire
    CARR MALONEY, P.C.
    Suite 1100
    1667 K Street, NW
    Washington, DC 20006

                          David P. Durbin