IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT,                    *
                                      *
          Plaintiff,                  *
                                      *
     v.                               *     Case No.:  1:05CV02225
                                      *
UNITED STATES OF AMERICA              *
CHESS FEDERATION, *et al.*,            *
                                      *
          Defendants.                 *

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Upon consideration of the Consent Motion For Enlargement Of Time Within

Which To File A Responsive Pleading it is, this _____ day of December, 2005

ORDERED, that the Consent Motion be and the same hereby is GRANTED; and

it is further

ORDERED, that Defendant, David Mehler, shall file his responsive pleading on

or before January 13, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

Mr. Vaughn Lee Bennett
#27
2520 10th Street, NE
Washington, DC  20018

Richard E. Schimel, Esquire
BUDOW & NOBLE, P.C.
Suite 600
7201 Wisconsin Avenue
Bethesda, MD  20814

Jeffrey Thomas Brown, Sr., Esquire
DeCARO, DORAN, SICILIANO,
  GALLAGHER & DeBLASIS, L.L.P.
P.O. Box 40
Lanham, MD  20703-0040

Thomas L. McCally, Esquire
CARR MALONEY, P.C.
Suite 1100
1667 K Street, NW
Washington, DC  20006