UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:05cv02225 |
| : | Judge Richard J. Leon |
| UNITED STATES OF AMERICA : | |
| CHESS FEDERATION, *et al.,* : | |
| : | |
| Defendants. : | |

## AMENDED CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADING

COMES NOW, the Defendants United States of America Chess Federation ("USCF"), Robert John McCrary, Timothy Redman, Timothy Just, Thomas Brownscombe, William Goichberg, Boyd Reed and Gregory Vasserstein by counsel, Carr Maloney P.C., and respectfully ask the Court to grant them an extension of time in which to file their responsive pleading. Above counsel was only just retained to represent additional defendants and thus seeks a brief extension of time to respond to the Complaint. Defendants, with the consent of Plaintiff Vaughn Bennett, ask to have until January 6, 2006 to do so.

2

        Respectfully submitted,

        CARR MALONEY P.C.

        */s/ Tina M. Maiolo*

        _____
        Tina M. Maiolo, Esquire
        D.C. Bar No. 98745
        1615 L Street, N.W.
        Suite 500
        Washington, D.C. 20036
        (202) 310-5500 (Telephone)
        (202) 310-5555 (Facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:05cv02225 |
| : | Judge Richard J. Leon |
| UNITED STATES OF AMERICA : | |
| CHESS FEDERATION, *et al.,* : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter came before the Court on Defendants the Defendants United States of America Chess Federation ("USCF"), Robert John McCrary, Timothy Redman, Timothy Just, Thomas Brownscombe, William Goichberg, Boyd Reed and Gregory Vasserstein Amended Consent Motion for Extension of Time to File a Responsive Pleading. It is hereby

ORDERED that Defendants' Motion is Granted. Defendants shall have until January 6, 2006 in which to file their responsive pleading.

Entered this _____ day of December 2005.

_____
Richard J. Leon
United States District Court Judge