UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT
2520 10th Street, NE, #27
Washington, D.C. 20018

V.                                                              1:05CV02225 R.J.L.

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al

AFFIDAVIT OF SERVICE

I, Vaughn L. Bennett, hereby declare that on the 22nd day of November, 2005, I mailed a copy of the summons and complaint, certified return receipt requested, to the Maryland Chess Association. Attached hereto is the green card acknowledging service.

[Green card / Domestic Return Receipt attached:
- Article Addressed to: Harry Cohen, Registered Agent, Maryland Chess Association, 4507 Mustering Drum, Ellicot City, MD 21042
- Received by: Harry Cohen
- Date of Delivery: 11-23-05
- Service Type: Certified Mail
- Article Number: 7005 1820 0007 8164 6234
- PS Form 3811, February 2004]

Vaughn Lee Bennett, pro se
2520 10th Street, Northeast
Washington, D.C. 20018
(202) 351-2627

RECEIVED
DEC 23 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT
2520 10th Street, NE, #27
Washington, D.C. 20018

V.                                                              1:05CV02225 R.J.L.

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al

AFFIDAVIT OF SERVICE

I, Vaughn L. Bennett, hereby declare that on the 22nd day of November, 2005, I mailed a copy of the summons and complaint, certified return receipt requested, to Harry Cohen, "in his individual capacity". Attached hereto is the green card acknowledging service.

[Green card receipt attached — addressed to: Harry Cohen, in his individual capacity, 4507 Mustering Drum, Ellicot City, MD 21042; Article Number: 7005 1820 0007 8164 6258; Date of Delivery: 11-23-05]

Vaughn Lee Bennett, pro se
2520 10th Street, Northeast
Washington, D.C. 20018
(202) 351-2627

RECEIVED
DEC 23 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT
2520 10th Street, NE, #27
Washington, D.C. 20018

V.                                                                      1:05CV02225 R.J.L.

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al

AFFIDAVIT OF SERVICE

I, Vaughn L. Bennett, hereby declare that on the 22nd day of November, 2005, I mailed a copy of the summons and complaint, certified return receipt requested, to Harry Cohen, "in his official capacity". Attached hereto is the green card acknowledging service.

Vaughn Lee Bennett, *pro se*
2520 10th Street, Northeast
Washington, D.C. 20018
(202) 351-2627

RECEIVED
DEC 23 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT