UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT
2520 10th Street, NE, #27
Washington, D.C. 20018

V.                                    Civil Action No. 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al

## PLAINTIFF'S REQUEST FOR COURT APPOINTED REPRESENTATION

Plaintiff Vaughn L. Bennett, pro se, requests this Honorable Court for appointment of legal representation – as the plaintiff is in need of, and cannot afford to pay for, legal representation in the above-named matter.

Respectfully submitted,

Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

RECEIVED
DEC 23 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT