AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of**   COLUMBIA

_Vaughn L. Bennett_

Plaintiff

_U.S. Chess Federation (USCF)_

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 1:05CV02225

I, _Vaughn L. Bennett_ _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☐ Yes          ☒ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?          ☒ Yes          ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.) _My gross take home wages were $405.00 my net was $325.31 for the pay period 11/12/2005-11/25/2005. My gross year to date was $6369.56 my net year to date was $5,069.52 for the same pay period. My employer is the Washington International School, 1690 36th St. NW, Washington D.C._

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment          ☐ Yes          ☒ No
   b.  Rent payments, interest or dividends                   ☐ Yes          ☒ No
   c.  Pensions, annuities or life insurance payments         ☐ Yes          ☒ No
   d.  Disability or workers compensation payments            ☐ Yes          ☒ No
   e.  Gifts or inheritances                                  ☐ Yes          ☒ No
   f.  Any other sources                                      ☐ Yes          ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    J.L.B. — Father — $200.00 per month

I declare under penalty of perjury that the above information is true and correct.

December 23, 2005 _____    _Vaughn L. Bennett_____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



# VAUGHN BENNETT

# WASHINGTON INTL SCHOOL

| BIRTHDATE | DIVISION | SOCIAL SECURITY NO. |
|---|---|---|
| B20948 | 1 | XXX-XX-XXXX |

| COMPANY | BRANCH | HIRE DATE | PERIOD BEGIN |
|---|---|---|---|
| W592 | 3 | 01/13/2005 | 11/12/2005 |

| CHECK NO. | DEPARTMENT | FEDST STATUS | PERIOD END | CHECK DATE |
|---|---|---|---|---|
| 10349 | 10 | S0/S0  PT | 11/25/2005 | 11/25/2005 |

## EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR SNR CAMP | 450000 | 900 | 40500 | 425250 / 211706 |
| GROSS EARNINGS | | 900 | 40500 | 635956 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL W/H | 3171 | 52874 |
| OASDI | 2511 | 39492 |
| MEDICARE | 587 | 9238 |
| STATE W/H DC | 1700 | 28400 |
| TOTAL DEDUCTIONS | 7969 | 130004 |
| NET PAY | 32531 | 505952 |