IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

v.

USCF, *et alia*

CIVIL NO. 1:05CV02225
The Hon. Richard J. Leon

## MOTION FOR EXTENSION OF TIME WITH LEAVE TO FILE LATE

**COMES NOW** Defendants, Tim Just and Chess Central, and, without prejudice to any jurisdictional or other motion of any kind which may be filed herein, appears specially and asks this Honorable Court to extend the time for filing an Answer or other Responsive Pleadings including motions under FED.R.CIV.PROC. 12. In support thereof, said defendants state:

1. Acting *pro se*, it is unclear to the parties whether either of these two defendants have been duly served in accordance with law. We have asked counsel to investigate. It appears that both defendants Tim Just and Chess Central may be represented by counsel appointed by principal defendant, USCF. USCF is investigating.

2. We are informed that the plaintiff and USCF have reached a consent order extending time for responsive pleadings until January 9, 2006. If USCF does not provide counsel for Tim Just and Chess Central, we will need additional time to retain counsel and file motions herein. On its face, this Honorable Court appears to lack personal jurisdiction over these Illinois parties for actions that allegedly occurred in Pennsylvania. There appear to be other, substantial, jurisdictional defenses as well as multiple other

Page 1: Motion to Extend Time

defenses.

3. On advice of counsel who is not yet retained to enter an appearance, *pro se* defendant does not wish to communicate with *pro se* plaintiff for any purpose, including the seeking of consent.

4. Plaintiff cannot be prejudiced by an additional month's extension while the matter of representation is determined.

5. This Court has liberal authority to grant extensions of time pursuant to FED.R.CIV.PROC. 6(b). Your defendant herein is a retired school teacher living between Chicago and Milwaukee who cannot recall ever visiting the District of Columbia, but who runs chess tournaments for USCF as a minimally remunerative retirement occupation. It is excusable neglect that I did not know what to do about this situation in your jurisdiction until after the putative deadline for filing. This Court should grant leave to file late.

**Wherefore,** Petitioner respectfully moves this Honorable Court to extend the time to file responsive pleadings, including jurisdictional motions, until February 9, 2006.

Respectfully submitted,

Timothy Just, *pro se*
37165 Willow Lane
Gurnee, IL 60031
847-244-7954
Defendant *pro se*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** the aforegoing Motion to Extend, was mailed, first class, postage pre-paid, this _____th____ day of _____December, 2005____ , to Vaughn L. Bennett, plaintiff *pro se*, at his address, 2520 10th Street, N.E., Suite 27, Washington, D.C. 20018, and to Thomas L. McCally, Esquire, Carr Maloney, P.C., counsel for USCF, *et alia*, at his address, 1615 L Street, Suite

Page 2: Motion to Extend Time

500, Washington, D.C. 20036.

_____

Timothy Just, *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

v.

USCF, *et alia*

CIVIL NO. 1:05CV02225
The Hon. Richard J. Leon

ORDER

THIS MATTER COMES before the Court on the motion for extension of time and leave to file late filed by two *pro se* parties, Timothy Just and Chess Central, for the purpose of securing counsel and investigating whether this Court has jurisdiction. The motion should be, and hereby is GRANTED.

It is ORDERED that the time for filing responsive pleadings, including jurisdictional motions, is extended to February 9, 2006. In the event counsel for USCF enters an appearance for these defendants, the due date for answer or motions shall be amended to the later of the date counsel enters appearance for these defendants or the dates scheduled in other consent scheduling orders entered by counsel for USCF.

ENTERED this __ day of _____, 20___.

_____
___
                              **Richard J. Leon**
                    **United States District Judge**

Copies to

| Mr. Vaughn L. Bennett, *pro se* 2520 10th Street, N.E., Apt. 27 Washington, D.C. 20018 | Thomas L. McCally, Esquire Carr Maloney, P.C. 1615 L Street, Suite 500 Washington, D.C. 20036 |

| Courtesy copy:<br>Richard S. Sternberg, Esquire<br>9620 Trailridge Tr, Ste 100<br>Potomac, Maryland 20854-2801 | Mr. Timothy Just, *pro se*<br>37165 Willow Lane<br>Gurnee, IL 60031 |
|---|---|