IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT,

    Plaintiff,

v.

U.S. OF AMERICA CHESS
    FEDERATION, et al,

    Defendants

CASE NO: 1:05CV02225 RJL

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME TO ANSWER

Defendants University of Maryland Baltimore County, Dr. Freeman Hrabowski III and Dr. Alan Sherman, (collectively, the "University Defendants") by their undersigned counsel, move for additional time to Answer or otherwise respond to the Complaint. In support of their Motion, the University Defendants state as follows:

1.    Two of the University Defendants (the University of Maryland Baltimore County and the University's President, Dr. Hrabowski) were served on November 28, 2005, and the remaining University Defendant (Professor Sherman) was served on November 30, 2005. Accordingly, the University Defendants' Answers are presently due on December 19, 2005 and December 21, 2005.

2.    On December 2, 2005 counsel for the University Defendants spoke with the *pro se* plaintiff, Mr. Bennett, and requested additional time to file a responsive pleading. Mr. Bennett agreed to extend the time within which the University Defendants must Answer or otherwise respond to his Complaint to and including January 27, 2006.

## CONCLUSION

Accordingly, the University Defendants respectfully request that the Court sanction the parties' agreement, and extend the time within which they must file their response to the Complaint to and including January 27, 2006.

Respectfully submitted,

J. JOSEPH CURRAN , JR.
Attorney General of Maryland

_____
Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202
(410) 576-7053

Attorneys for Defendants
University of Maryland Baltimore County,
Dr. Freeman Hrabowski and
Dr. Alan Sherman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of December, 2005, that a copy of the University Defendants' Motion to Extend Time to Answer and Proposed Order was mailed, postage prepaid, first-class mail, to: Vaughn L. Bennett, 2520 10th Street, NE, #27, Washington, DC 20018, Plaintiff *pro se*.

_____
Elizabeth Marzo Borinsky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT,

    Plaintiff,

v

U.S. OF AMERICA CHESS
    FEDERATION, et al,

    Defendants

CASE NO: 1:05CV02225

## ORDER

This Court, having read and considered the Motion of defendants the University of Maryland Baltimore County, Dr. Freeman Hrabowski, and Dr. Alan Sherman (the "University Defendants") to extend the time within which they must respond to the Complaint, IT IS, THIS _____ day of December 2005

ORDERED, that the Motion BE, and the same HEREBY IS, GRANTED, and that the time within which the University Defendants must answer or otherwise respond to the Complaint is extended to and including January 27, 2006.

Dated: _____

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT,

    Plaintiff,

v                                 CASE NO: 1:05CV02225

U.S. OF AMERICA CHESS
    FEDERATION, et al,

    Defendants

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 83.2(f)

1. My name is Elizabeth Marzo Borinsky. I am a member in good standing of the Maryland Bar, and of the federal bar in Maryland. (Md. federal bar no. 06706)

2. I am employed by Office of the Attorney General of Maryland as an Assistant Attorney General in the Educational Affairs Division, where I am Senior Counsel for Litigation.

3. In this capacity, I am representing Defendants the University of Maryland Baltimore County, its President, Dr. Freeman Hrabowski, and one of its professors, Dr. Alan Sherman in this lawsuit.

4. I certify under penalties of perjury that the foregoing statements are true and correct.

Accordingly, I respectfully request that in accordance with Rule 83.2(f) of the Local Rules (Civil) of the United States District Court for the District of Columbia, I be

admitted *pro hac vice* for purposes of this case without retaining District of Columbia counsel.

Respectfully submitted,

_____
Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202
(410) 576-7053

Attorneys for Defendants
University of Maryland Baltimore County,
Dr. Freeman Hrabowski and
Dr. Alan Sherman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of December, 2005, that a copy of the University Defendants' Certificate of Compliance with Local Rule 83.2(f) was mailed, postage prepaid, first-class mail, to: Vaughn L. Bennett, 2520 10th Street, NE, #27, Washington, DC 20018, Plaintiff *pro se*.

_____
Elizabeth Marzo Borinsky
