IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                        Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT COHEN'S MOTIONS TO DISMISS, FOR SUMMARY JUDGEMENT AND FOR QUASHING OF SERVICE

Plaintiff, pro se, requests additional time, until January 26, 2006, to oppose Defendant Cohen's Motion to Dismiss, for Summary Judgment and for Quashing of Service. This is Plaintiff's first such request. In support of this Motion the Plaintiff states as follows:

1. Plaintiff was completely unaware that Defendant Cohen had answered the Plaintiff's Complaint. Plaintiff initiated a Default action against the Defendant Cohen because he was unaware of Defendant Cohen's answer.

2. The address and telephone number, (38 Varnum Street, SE, Washington, DC 20011, (202) 886-7469) that this Honorable Court listed for Plaintiff was not correct. Plaintiff's correct address and telephone number are 2520 10th Street, NE, #27, Washington, DC 20018, (202) 351-2627.

3. Plaintiff has no access to the electronic mail system of this Honorable Court.

RECEIVED

JAN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Plaintiff never received a copy of Defendant Cohen's Motions. Plaintiff only became aware of Defendant Cohen's Motions by securing a copy of the docket sheet.

5. On January 8, 2006, Plaintiff left message regarding this Motion on answering service for Attorney Jeffrey T. Brown, counsel for Defendant Cohen.

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendant Cohen's Motions to Dismiss, for Summary Judgment and for Quashing of Service to and including January 26, 2006.

Respectfully submitted,

*Vaughn Lee Bennett, pro se*
Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose Defendant Cohen's Motions to Dismiss, for Summary Judgment and Quashing of Service was mailed, first class and postage prepaid this 8th day of January, 2006 to:

Jeffrey T. Brown
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                     Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT COHEN'S MOTIONS TO DISMISS, FOR SUMMARY JUDGEMENT AND FOR QUASHING OF SERVICE**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

**Entered** this _____ day of _____, 2006,

_____
**Judge Richard J. Leon**
U.S. District Court for the District of Columbia

Copies to:

Jeffrey T. Brown, Esquire
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018