IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                                       Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT MCCRARY'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGEMENT

Plaintiff, pro se, requests additional time to oppose Defendant McCrary's Motion to Dismiss and for Summary Judgment. This is Plaintiff's first such request. In support of this Motion the Plaintiff states as follows:

1. The address and telephone number, (38 Varnum Street, SE, Washington, DC 20011, (202) 886-7469) that this Honorable Court listed for Plaintiff was not correct. Plaintiff's correct address and telephone number are 2520 10th Street, NE, #27, Washington, DC 20018, (202) 351-2627.

2. Plaintiff has no access to the electronic mail system of this Honorable Court.

3. Plaintiff was confused by docket sheet that stated:

   "12/19/2005           ***Motions terminated: 8 MOTION for Order *for Dismissal &/or Summary Judgment* filed by JOHN MCCRARY,. (jf,) (Entered: 12/19/2005)".

RECEIVED
JAN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. On January 5, 2006, Attorney Richard E. Schimel, counsel for Defendant McCrary, agreed to extend the time within which Plaintiff must oppose the Defendant's Motion to Dismiss and for Summary Judgment for three weeks.

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendant McCrary's Motions to Dismiss and for Summary Judgment to and including January 26, 2006.

Respectfully submitted,

*Vaughn Lee Bennett, pro se*
Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose Defendant McCrary's Motions to Dismiss and for Summary Judgment was mailed, first class and postage prepaid this 8th day of January, 2006 to:

Richard E. Schimel
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814

*Vaughn Lee Bennett*
Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                Case No: 1:05CV02225 (RJL)

**UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,**

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT MCCRARY'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGEMENT**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

    Entered this _____ day of _____, 2006,

                                                      _____
                                                      **Judge Richard J. Leon**
                                                      U.S. District Court for the District of Columbia

**Copies to:**

Richard E. Schimel, Esquire                        Vaughn Lee Bennett
7201 Wisconsin Avenue, Suite 600            2520 10th Street, N.E., #27
Bethesda, Maryland 20814                         Washington, D.C. 20018