IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN BENNETT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   **Case No.: 1:05CV02225** |
| | *   Judge Richard L. Leon |
| | * |
| UNITED STATES CHESS | * |
| FEDERATION, et al., | * |
| | * |
| Defendant. | * |

### ENTRY OF APPEARANCE

The Clerk of this Honorable Court will please enter the appearance of the undersigned as co-counsel with David P. Durbin, Esquire for Defendant, David Mehler.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
Anjuma K. Goswami #485466
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747
Fax: 202-496-2800

Co-counsel for Defendant, David Mehler

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry of Appearance, was mailed, first class and postage prepaid, this \_\_11\_\_ day of January, 2006 to:

>Mr. Vaughn Lee Bennett
>2520 10th Street, NE, #27
>Washington, DC 20018
>
>Richard E. Schimel, Esquire
>BUDOW & NOBLE, P.C.
>Suite 600
>7201 Wisconsin Avenue
>Bethesda, MD 20814
>*Counsel for John McCrary*
>
>Jeffrey Thomas Brown, Sr., Esquire
>DeCARO, DORAN, SICILIANO,
>  GALLAGHER & DeBLASIS, L.L.P.
>P.O. Box 40
>Lanham, MD 20703-0040
>*Counsel for Harry Cohen*
>
>Tina M. Maiolo, Esquire
>Thomas L. McCally, Esquire
>CARR MALONEY, P.C.
>Suite 1100
>1667 K Street, NW
>Washington, DC 20006
>*Counsel for United States of America Chess*
>*Federation, Robert John McCrary, Timothy Redman,*
>*Timothy Just, Thomas Brownscombe, William*
>*Goichberg, Boyd Reed and Gregory Vassersteihn*
>
>Elizabeth Marzo Borinsky, Esquire
>Assistant Attorney General
>17th Floor
>200 St. Paul Place
>Baltimore, MD 21202
>*Counsel for University of Maryland Baltimore*
>*County, Dr. Freeman Hrabowski, III and Dr. Alan*
>*Sherman*
>
>Mr. Timothy Just
>37165 Willow Lane
>Gurnee, IL 60031

_____
Anjuma K. Goswami

2