SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

VAUGHN L. BENNETT,           )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 02-CA007007
                              )   Calendar 1 – Judge Fisher
THE U.S. CHESS CENTER         )   Pretrial Date: 4/25/05
FOUNDATION, et. al.,          )
                              )
        Defendants.           )

### ORDER OF DISMISSAL WITH PREJUDICE

**WHEREFORE**, the parties, counsel, and Cindy Burns, an adjuster for Defendants' Insurer, St. Paul Travelers Insurance Co., having met with the Court today for a Pretrial Conference, Plaintiff and his counsel having informed the Court they accepted the monetary settlement offered on behalf of the Defendants, Defendants having tendered a check representing the amount of the settlement to Plaintiff's counsel, and counsel having accepted the check in Plaintiff's presence and on his behalf, it is this 25th day of April, 2005, hereby

**ORDERED**, pursuant to SCR-Rule 41(a)(2), without the consent of Defendants, that this matter is dismissed with prejudice.*



Gerald I. Fisher
Associate Judge

---

* Under the terms of their insurance policy Defendants are bound by the decision of St. Paul's to settle covered litigation involving the Defendants, even though Defendants do not wish to settle and/or do not agree to the terms of the settlement. St. Paul's has taken such action in this case.

EXHIBIT 2

Copies to:

Donald M. Temple
TEMPLE LAW OFFICES
1229 15th Street, NW
Washington, DC 20005
Counsel for Vaughn L. Bennett

David P. Durbin
JORDAN COYNE & SAVITS, LLP
1100 Connecticut Ave., NW, Suite 600
Washington, DC 20036
Counsel for David Mehler

Michael P. Broderick
DONOVAN & BRODERICK
Casey Building
800 S. Frederick Ave., Suite 303
Gaithersburg, MD 20877
Counsel for U.S. Chess Center Foundation, Inc.