IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN BENNETT,               *

                              *

       Plaintiff,           *

                              *

        v.               *     **Case No.: 1:05CV02225**

                              *     Judge Richard L. Leon

                              *     Deck Type: Civil Rights (non-employment)

UNITED STATES CHESS     *

FEDERATION, et. al.       *

                              *

       Defendant.      *

**ORDER GRANTING DEFENDANT, DAVID MEHLER'S, MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF
<u>MAY BE GRANTED, OR IN THE ALTERNATIVE SUMMARY JUDGMENT</u>**

Upon consideration of Defendant, David Mehler's, Motion to Dismiss For Failure to

State A Claim Upon Which Relief May Be Granted, Or In The Alternative Summary Judgment

any response thereto, and the entire record herein, it is by the Court, on this _____ day of

_____, 2006.

ORDERED, that the Motion be and the same hereby is GRANTED; and, it is further

ORDERED, that all claims against the Defendant David Mehler are hereby DISMISSED

WITH PREJUDICE; and, it is further

ORDERED, that pursuant to 28 U.S.C. 1927 the Plaintiff shall pay appropriate attorneys'

fees, cost, and expenses to be submitted by this Defendant within 10 days of the date of this

Order.

_____
Judge Richard L.  Leon


Copies to:

David P. Durbin, Esquire
Anjuma K. Goswami, Esquire
JORDAN COYNE & SAVITS, LLP
Suite 600
1100 Connecticut Ave, N.W.
Washington, D.C. 20036

Mr. Vaughn Lee Bennett
2520 10th Street, NE, #27
Washington, DC  20018

Richard E. Schimel, Esquire
BUDOW & NOBLE, P.C.
Suite 600
7201 Wisconsin Avenue
Bethesda, MD  20814

Jeffrey Thomas Brown, Sr., Esquire
DeCARO, DORAN, SICILIANO,
  GALLAGHER & DeBLASIS, L.L.P.
P.O. Box 40
Lanham, MD  20703-0040

Tina M. Maiolo, Esquire
Thomas L. McCally, Esquire
CARR MALONEY, P.C.
Suite 1100
1667 K Street, NW
Washington, DC  20006

Elizabeth Marzo Borinsky, Esquire
Assistant Attorney General
17th Floor
200 St. Paul Place
Baltimore, MD  21202

Mr. Timothy Just
37165 Willow Lane
Gurnee, IL  60031