IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                           Case No. 05CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANTS UNITED STATES OF AMERICA CHESS FEDERATION'S (USCF), JOHN MCCRARY'S, TIMOTHY REDMAN'S, TIMOTHY JUST'S AND BOYD REED'S MOTION TO DISMISS

Plaintiff, pro se, requests additional time to oppose Defendants USCF, John McCrary's, Timothy Redman's, Timothy Just's and Boyd Reed's Motion to Dismiss. This is Plaintiff's first such requests regarding the above named Defendants' (save McCrary) answer to the Plaintiff's Complaint. In support of this Motion the Plaintiff states as follows:

1. The address and telephone number, (38 Varnum Street, SE, Washington, DC 20011, (202) 886-7469) that this Honorable Court listed for Plaintiff was not correct. Plaintiff's correct address and telephone number are 2520 10th Street, NE, #27, Washington, DC 20018, (202) 351-2627.

2. Plaintiff has no access to the electronic mail system of this Honorable Court.

3. The pro se Plaintiff must respond to multiple answers to his complaint and as a result, needs more time to prepare a proper Opposition.

RECEIVED

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.  On January 19, 2006, Attorney Colleen Durbin, (counsel for Defendants USCF, McCrary, Redman, Just and Reed), agreed to extend the time within which Plaintiff must oppose the Defendant's Motion to Dismiss until and including February 6th, 2006.

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendants USCF, McCrary, Redman, Just and Reed's Motion to Dismiss until and including February 6, 2006.

Respectfully submitted,

Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose Defendants United States of America Chess Federation's (USCF), John McCrary's, Timothy Redman's, Timothy Just's and Boyd Reed's Motion to Dismiss was mailed, first class and postage prepaid this 20th day of January, 2006 to:

Colleen Durbin, Esquire
1615 'L' Street, N.W., Suite 600
Washington, D.C. 20036

Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.

    Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANTS UNITED STATES OF AMERICA CHESS FEDERATION'S (USCF), JOHN MCCRARY'S, TIMOTHY REDMAN'S, TIMOTHY JUST'S AND BOYD REED'S MOTION TO DISMISS**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

    **Entered** this _____ day of _____, 2006,

                                        **Judge Richard J. Leon**
                                        U.S. District Court for the District of Columbia

**Copies to:**

Colleen Durbin, Esquire
1615 'L' Street, N.W., Suite 500
Washington, D.C. 20036

Vaughn Lee Bennett
2520 10th Street, N.E.,
Washington, D.C. 20018