IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT<br><br>v.<br><br>USCF, et alia | CIVIL NO. 1:05CV02225<br>The Hon. Richard J. Leon |

### DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Defendant Chess Central, an Illinois Corporation with its principal place of business in Illinois and wholly owned by Timothy Just, and enters a special appearance and incorporates herein and joins the motion of United States of America Chess Federation ("USCF"), John McCrary, Timothy Redman, Timothy Just and Boyd Reed, (collectively referred to as "Defendants") to dismiss Plaintiff's Complaint in its entirety. As clarification thereto, Chess Central adds that:

1. Chess Central is the employee of USCF and provides the services of its president, Timothy Just, to act as tournament director. Fees are paid to the corporation, and Mr. Just is paid therefrom. While this changes nothing in the argument of counsel, it is factually incorrect in the motion of USCF.

2. Chess Central has no contacts with the District of Columbia, and its officers do not recall that it has ever done business in the District of Columbia. The complaint of plaintiff appears to arise in Harrisburg, Pennsylvania, well outside the personal jurisdiction of this Court. Other parts of the complaint appear to be about a putative defamation contained in a letter drafted in Illinois and mailed to New York. Nothing in the Complaint suggests that this closely held corporation of a retired school teacher, created so Mr. Just can build up his Social Security wages, has somehow subjected itself to a lawsuit in the District of Columbia.

**WHEREFORE**, for the reasons stated above, Defendant respectfully requests that Plaintiff's Complaint against it be dismissed as statutorily and time barred and for lack of standing, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted, and that

defendant have leave to seek an award of attorneys fees under 42 U.S.C. § 1988 and FED.R.CIV.PROC. 11.

Respectfully submitted,

_____
Timothy Just, *pro se*
37165 Willow Lane
Gurnee, IL 60031
847-244-7954
Defendant *pro se*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** the aforegoing Motion to Extend, was mailed, first class, postage pre-paid, this 21th day of January, 2005, to Vaughn L. Bennett, plaintiff *pro se*, at his address, 2520 10th Street, N.E., Suite 27, Washington, D.C. 20018, and to Thomas L. McCally, Esquire, Carr Maloney, P.C., counsel for USCF, *et alia*, at his address, 1615 L Street, Suite 500, Washington, D.C. 20036.

_____
Timothy Just, *pro se*

Page 2: Motion to Dismiss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

v.

USCF, *et alia*

CIVIL NO. 1:05CV02225
The Hon. Richard J. Leon

ORDER

**THIS MATTER COMES** before the Court on the motion to dismiss filed by United States of America Chess Federation ("USCF"), John McCrary, Timothy Redman, Timothy Just and Boyd Reed and joined by Chess Central. The motion should be, and hereby is **GRANTED**, and the Complaint is **DISMISSED WITH PREJUDICE**.

Defendants have leave to file motions for award of counsel fees and costs until _____.

ENTERED this __ day of _____, 20__.

_____
Richard J. Leon
United States District Judge

Copies to

| Mr. Vaughn L. Bennett, *pro se* <br> 2520 10th Street, N.E., Apt. 27 <br> Washington, D.C. 20018 | Thomas L. McCally, Esquire <br> Carr Maloney, P.C. <br> 1615 L Street, Suite 500 <br> Washington, D.C. 20036 |
|---|---|
| Courtesy copy: <br> Richard S. Sternberg, Esquire <br> 9620 Trailridge Tr, Ste 100 <br> Potomac, Maryland 20854-2801 | Mr. Timothy Just, *pro se* <br> 37165 Willow Lane <br> Gurnee, IL 60031 |