IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN L. BENNETT, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO: 1:05CV02225 |
| U.S. OF AMERICA CHESS FEDERATION, et. al., | * | |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * *

**MOTION TO FURTHER EXTEND TIME TO ANSWER**

Defendants University of Maryland Baltimore County, Dr. Freeman Hrabowski III and Dr. Alan Sherman, (collectively, the "University Defendants") by their undersigned counsel, move for additional time to answer or otherwise respond to the Complaint. In support of their Motion, the University Defendants state as follows:

1. On December 15, 2005, with the *pro se* plaintiff's consent, the University Defendants filed a motion to extend the time within which to answer or otherwise respond to the plaintiff's complaint to and including January 27, 2006. On January 17, 2006, the Court granted the motion *nunc pro tunc*.

2. As a result of unpredicted and unusual demands on the time of the University Defendants' counsel, the University Defendants request an additional two weeks, to and including February 10, 2006, to answer or otherwise respond to the Complaint.

1

3.    The University Defendants' request for additional time should not prove disruptive to the progress of the case, or prejudicial to the plaintiff. There are 24 named defendants in this civil action. Ten of the 24 defendants have filed responsive pleadings thus far. Docket Entry Nos. 3, 5, 7, 11, 17 and 21. Each of the defendants who has answered has filed a motion to dismiss. *Id.* The plaintiff has filed a motion for an extension of time to respond to the motions to dismiss. Docket Entry Nos. 10 (filed 12/19/05) and 24 (filed 1/20/06).

4.    A scheduling order has not yet been entered in this case. In accordance with the Court's November 2005 Order, the parties' " meet and confer" session will not take place until the remaining 14 defendants file their responsive pleadings.

5.    Mr. Bennett, the *pro se* plaintiff, has agreed to the University Defendants' request to extend the time to and including February 10, 2006.

## CONCLUSION

Accordingly, the University Defendants respectfully request that the Court extend the time within which they must file their response to the Complaint to and including February 10, 2006.

Respectfully submitted,

J. JOSEPH CURRAN , JR.
Attorney General of Maryland

_____/s/_____
Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202
(410) 576-7053

Attorneys for Defendants
University of Maryland, Baltimore County,
Dr. Freeman Hrabowski and
Dr. Alan Sherman

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January 2006 a copy of the University Defendants' Motion to Extend Time to Answer and Proposed Order was mailed, postage prepaid, first-class mail, to: Vaughn L. Bennett, 2520 10th Street, NE, Apt. No. 27, Washington, DC 20018, Plaintiff *pro se* and to: Jeffrey Thomas Brown, Sr., Esquire, Decaro, Doran, Sicliano, Gallagher & DeBlasis, LLP, P. O. Box 40, 4601 Forbes Blvd., Suite 200, Lanham, MD 20703-0040, Attorney for Defendant Harry Cohen; Richard E. Schimel, Esquire, Budow & Noble, PC, 7201 Wisconsin Avenue, Suite 600, Bethesda, MD 20814, Attorney for Defendant John McCrary; David P. Durbin, Esquire, and Anjuma K. Goswami, Esquire, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, DC 20036, Attorney for Defendant David Mehler; Tina M. Maiolo, Esquire, Carr Maloney, PC, 1615 L Street, NW, Suite 500, Washington, DC 20036, Timothy Just, Esquire 37165 Willow Lane, Gurnee, IL 60031, Attorney for Defendant United States of America Chess Federation.

_____/s/_____
Elizabeth Marzo Borinsky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT,       *

   Plaintiff,            *

v                                    CASE NO: 1:05CV02225
                                       *

U.S. OF AMERICA CHESS
    FEDERATION, et al,       *

   Defendants            *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **O R D E R**

This Court, having read and considered the Motion of defendants the University of Maryland Baltimore County, Dr. Freeman Hrabowski, and Dr. Alan Sherman (the "University Defendants") to extend the time within which they must respond to the Complaint, IT IS, THIS _____ day of _____ 2006,

ORDERED, that the Motion BE, and the same HEREBY IS, GRANTED, and that the time within which the University Defendants must answer or otherwise respond to the Complaint is extended to and including February 10, 2006.

Dated: _____           _____
                                                      Judge

Copies to:

Vaughn L. Bennett, *pro se*
2520 10th Street, NE, #27
Washington, DC 20018

Jeffrey Thomas Brown, Sr., Esquire
Decaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
P. O. Box 40
4601 Forbes Blvd., Suite 200
Lanham, MD 20703-0040

Richard E. Schimel, Esquire
Budow & Noble, PC
7201 Wisconsin Avenue, Suite 600
Bethesda, MD 20814

David P. Durbin, Esquire, and
Anjuma K. Goswami, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, DC 20036

Tina M. Maiolo, Esquire
Carr Maloney, PC,
1615 L Street, NW, Suite 500
Washington, DC 20036

Timothy Just, Esquire
37165 Willow Lane
Gurnee, IL 60031