IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                         Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT MCCRARY'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGEMENT

Plaintiff, pro se, requests additional time, until January 31, 2006, to oppose Defendant McCrary's Motion to Dismiss and for Summary Judgment. This is Plaintiff's second such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff must respond to multiple Motions to dismiss and/or for Summary Judgment and needs more time to properly oppose Defendant McCrary's Motions.

2. On January 26, 2006, Attorney Richard E. Schimel, counsel for Defendant McCrary, consented to extend the time within which Plaintiff must oppose the Defendant's Motion to Dismiss and for Summary Judgment until January 31, 2006.

RECEIVED
JAN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendant McCrary's Motions to Dismiss and for Summary Judgment to and including January 31, 2006.

                    Respectfully submitted,

                    */s/ Vaughn L. Bennett*
                    Vaughn Lee Bennett, *pro se*
                    2520 10th Street, NE, #27
                    Washington, D.C. 20018
                    (202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose Defendant McCrary's Motions to Dismiss and for Summary Judgment was mailed, first class and postage prepaid this 26th day of January, 2006 to:

Richard E. Schimel
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814

                    */s/ Vaughn L. Bennett*
                    Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

 Plaintiff

v.            Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

 Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT MCCRARY'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGEMENT**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

 Entered this _____ day of _____, 2006,

_____
**Judge Richard J. Leon**
U.S. District Court for the District of Columbia

**Copies to:**

Richard E. Schimel, Esquire
7201 Wisconsin Avenue, Suite 600
Bethesda, Maryland 20814

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018