IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                            Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT COHEN'S MOTIONS TO DISMISS, FOR SUMMARY JUDGEMENT AND FOR QUASHING OF SERVICE

Plaintiff, pro se, requests additional time, until January 31, 2006, to oppose Defendant Cohen's Motion to Dismiss, for Summary Judgment and for Quashing of Service. This is Plaintiff's second such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff must respond to multiple Motions to dismiss and/or for Summary Judgment and needs more time to properly oppose Defendant Cohen's Motions.

2. On January 26, 2006, Plaintiff left message regarding this Motion on answering service for Attorney Jeffrey T. Brown, counsel for Defendant Cohen. Attorney Brown returned Plaintiff's call and consented to the extension of time.

RECEIVED
JAN 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CONCLUSION**

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendant Cohen's Motions to Dismiss, for Summary Judgment and for Quashing of Service to and including January 31, 2006.

Respectfully submitted,

Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose Defendant Cohen's Motions to Dismiss, for Summary Judgment and Quashing of Service was mailed, first class and postage prepaid this 26th day of January, 2006 to:

Jeffrey T. Brown
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20703

Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                   Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT COHEN'S MOTIONS TO DISMISS, FOR SUMMARY JUDGEMENT AND FOR QUASHING OF SERVICE**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

    **Entered** this _____ day of _____, 2006,


                                                **Judge Richard J. Leon**
                                                U.S. District Court for the District of Columbia

**Copies to:**

Jeffrey T. Brown, Esquire                         Vaughn Lee Bennett
4601 Forbes Boulevard, Suite 200           2520 10th Street, N.E., #27
Lanham, Maryland 20703                          Washington, D.C. 20018