IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                           Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT MEHLER'S MOTIONS TO DISMISS AND/OR FOR SUMMARY JUDGEMENT

Plaintiff, pro se, requests additional time, until February 13, 2006, to oppose Defendant Mehler's Motion to Dismiss and/or for Summary Judgment. This is Plaintiff's first such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff must respond to multiple Motions to dismiss and/or for Summary Judgment and needs more time to properly oppose Defendant Mehler's Motions.

2. On January 25, 2006, Plaintiff spoke with Defendant Attorney Mehler's counsel, Attorney David Durbin, regarding this Motion. Attorney Durbin consented to the extension until February 13, 2006.

**RECEIVED**

JAN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendant Mehler's Motions to Dismiss and/or for Summary Judgment up to and including February 13, 2006.

Respectfully submitted,

*/s/ Vaughn L. Bennett, pro se*
Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose Defendant Mehler's Motions to Dismiss and/or for Summary Judgment was mailed, first class and postage prepaid this 26th day of January, 2006 to:

David Durbin, Esquire
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036

*/s/ Vaughn Lee Bennett*
Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                              Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE TO DEFENDANT MEHLER'S MOTIONS TO DISMISS AND/OR FOR SUMMARY JUDGEMENT**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

    Entered this _____ day of _____, 2006,

                                             **Judge Richard J. Leon**
                                             U.S. District Court for the District of Columbia

**Copies to:**

David Durbin, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018