IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

      Plaintiff

v.                                          Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

      Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANT COHEN'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM AND/OR FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Vaughn L. Bennett, pro se, and opposes the Defendant's Motion to Dismiss for Lack of Standing and Failure to State a Claim and/or for Summary Judgment, and as grounds therefore states as follows:

**Cohen denies that he knows the Plaintiff.**

1. Paragraph #2 of Defendant's Motion states that, "Harry Cohen has no knowledge of ever having met the Plaintiff, having seen the Plaintiff, or of ever having spoken to the Plaintiff to date. Prior to receipt of suit papers in this matter, Defendant Cohen did not know who the Plaintiff was." The Plaintiff respectfully states that this is not a truthful statement. Plaintiff has identified at least five (5) instances where Defendant Cohen and Plaintiff engaged in face-to-face communication. (See Plaintiff's Affidavit paragraphs 3, 4, 5, 6, and 11)

**Cohen's role in scheme to deny Black African-American and Vietnamese children access to the Denker Tournament of High School Champions.**

2. In response to paragraph 3, page #2, of Defendant Cohen's Motion, Plaintiff again alleges that, as D.C. Chess League Treasurer, Defendant Cohen was

1

involved, as a policy/decision maker, in the scheme to deny Black African-American and Vietnamese children access to the Denker Tournament of High School Champions. Ultimately the Plaintiff suffered because of his students being racially discriminated against, denying Plaintiff equal opportunity to engage in the business of chess. While Caucasian chess promoters, coaches, and instructors are not denied access. (See Plaintiff's Affidavit paragraph #10.)

**Plaintiff has made "individual" not "class" claims.**

3.   Paragraph number 4 on page 2 of Defendant's Motion states, "Accordingly, Plaintiff appears to lack standing to assert such a claim for non-parties allegedly harmed by the alleged conduct." Plaintiff has not made claims on behalf of Black African-American and Vietnamese children. Plaintiff filed an individual, not a class action Complaint. In fact, Counts I, through and including Count X, of the Claims For Relief in Plaintiff's Complaint, only mention the Plaintiff. Plaintiff has simply referenced the plight of the children and others as evidence of the continuing system of racial discrimination that he (Plaintiff) was subjected to. Plaintiff additionally has referenced the children and others as evidence of how he is adversely affected by the ongoing system of discrimination. (See Plaintiff's Affidavit paragraphs #9 and #10)

**Cohen's indifference to Plaintiff's claims of discrimination.**

4.   Defendant Cohen, as President of MCA, expressed "an utter indifference to or conscious disregard" in dismissing Plaintiff's claim of racial discrimination, when he (Cohen) told Plaintiff that, "It's not discrimination . . ." (See Plaintiff's Affidavit paragraph #11.) As MCA president, Cohen's actions, or lack thereof, were intentional, malicious, and are actionable.

2

**Dismissal and/or Summary Judgment are premature.**

5.  Dismissal and/or Summary Judgment are premature, as no discovery has yet been conducted. Plaintiff believes proper discovery would produce evidence that would not only conclusively, prove his claims; but that much broader race based conspiracy, against Plaintiff would be exposed.

**Plaintiff has articulated a *prima facie* case of discrimination.**

6.  Plaintiff has articulated a legitimate *prima facie* case of discrimination.

### CONCLUSION

Plaintiff has stated claims against Defendant Cohen upon which relief may be granted. For all of the foregoing reasons, Plaintiff respectfully requests that Defendant Cohen's Motion to Dismiss and/or for Summary Judgment be denied.

Respectfully submitted,

*Vaughn L. Bennett*
Vaughn L. Bennett, pro se
2520 10th Street, N.E., #27
Washington, D.C. 20018
Telephone: (202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT COHEN'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM AND/OR FOR SUMMARY JUDGMENT** was mailed, first class and postage prepaid this 31st day of January, 2006 to:

Jeffrey T. Brown
4601 Forbes Boulevard
Lanham, Maryland 20703

*Vaughn Lee Bennett*
Vaughn Lee Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                  Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **PLAINTIFF'S OPPOSITION TO DEFENDANT COHEN'S MOTION TO DISMISS FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM AND/OR FOR SUMMARY JUDGMENT**, it is hereby

    **ORDERED** that the Defendant's Motion be and is

DENIED

    **Entered** this _____ day of _____, 2006,

                                            **Judge Richard J. Leon**
                                            U.S. District Court for the District of Columbia

**Copies to:**

Jeffrey T. Brown                                        Vaughn Lee Bennett
4601 Forbes Boulevard                          2520 10th Street, N.E., #27
Lanham, Maryland 20703                    Washington, D.C. 20018