IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                  Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## AFFIDAVIT OF VAUGHN L. BENNETT

I, Vaughn L. Bennett of 2520 10th Street, N.E., #27, Washington, D.C., state as follows:

**Affiant.**

1.    I am a Black African-American chess promoter, instructor, and coach. I am also a member of the USCF and currently the only Black African-American, duly elected, delegate (District of Columbia) to the USCF in the world. I am the claimant in the present action. I make this affidavit in support of my Opposition to Defendant Cohen's Motion to Dismiss and/or for Summary Judgment. The matters set out in this affidavit are within my personal knowledge and are true to the best of knowledge and belief.

**Bennett's work with children.**

2.    Since approximately 1997, I have taught children chess. In 1999, I began taking teams of ten (10) to twenty (20), mostly District of Columbia, Black African-American children, to local scholastic and professional chess tournaments. Most of the children's parents would drive the children to the tournaments. We represented the only Black African-American chess team that participated in tournaments all over the D.C. Metropolitan Area. I would coach the children at the various tournaments. In little over,

1

approximately, a year and a half, I was able to see my students begin to win team and individual tournament trophies on a regular basis. On March 3, 2001, one of my D.C. students, Kaleem Washington, won the Maryland State Elementary Chess Championship. The next weekend, on March 11, 2001, Kaleem won the Virginia State Elementary Chess Championship. No child had ever won both titles of Virginia and Maryland State Elementary Chess Champion, in the span of one week.

**Bennett's introduction to and regular encounters with Mr. Cohen.**

3.      On or about, September 23, 2001, I took Kaleem to participate in a tournament at the then, Black &White Chess Club (Now known as the Fells Point Chess Club), on Aliceanna Street, in the Fells Point section of Baltimore, Maryland. Kaleem, who was just eleven years old, with a beginner's chess rating/evaluation of 1154, was able draw (or tie) a game in the tournament with an established chess expert whose chess rating/evaluation was 2066, Harry Cohen. This was one of Kaleem's most memorable games. After Mr. Cohen and Kaleem had finished playing, I congratulated them both and introduced myself to Mr.Cohen. I asked Mr. Cohen how long he had been playing chess, and if he would not mind reviewing the game that he and Kaleem had played. I don't precisely remember how long Mr. Cohen said he had been playing, but we did review the game.

4.      The next time I saw Mr. Cohen was at Gonzaga High School in Washington, D.C., on or about October 26, 2002. The D.C. Open Chess Tournament was being held there and Mr. Cohen was playing in it. I greeted him and he spoke back. When I saw him walking across the gym floor I approached him and asked him how he had been doing and that I hadn't seen him in a while. He (Cohen) told me that he had still been playing

2

but that he had not been doing too well, (As far as his chess play.), and that he didn't think that he was going to reach the title of chess master.

5. The third time that I saw Mr. Cohen was in December of 2002, on or the 29th. We were both at the Wyndham Hotel, at 1400 'M' Street, N.W, Washington, D.C., for the Eastern Open Chess Tournament. Mr. Cohen was playing in the tournament. When I saw him (Cohen) outside of the playing room I spoke to him, he acknowledged me, but he did not stop to talk.

6. The next time I saw and spoke to Mr. Cohen was at the 2003 Atlantic Open Chess Tournament (Atlantic), held at the Wyndham Hotel, at 1400 'M' Street, N.W, Washington, D.C. on or about August 8, 2003. Mr. Cohen was playing in the tournament. When I saw him outside of the playing room, I approached him, asked him how he was doing. I gave him a flyer and invited Mr. Cohen to a $1,000 guaranteed prize fund, blitz chess tournament (where each player has five (5) minutes for his or her entire game), which was being held in Washington, D.C., the day after the Atlantic. Mr. Cohen told me that he really didn't play much speed chess and that he didn't think he would be able to stop through after playing in the Atlantic all weekend. I told him that I understood a maybe the next time.

**The Maryland Chess Association (MCA)**

7. The Maryland Chess Association (MCA) is the official state affiliate of the USCF. MCA controls scholastic chess in Maryland and administers the Maryland Sweet Sixteen Championship and its qualifiers. Harry Cohen was president of MCA in 2004.

### MCA conspires to deny trophies to Black African-American Children

8. On or about August of 2004, I discovered that MCA had added a stipulation to its flyers advertising tournaments for children. The stipulation was, "Club teams cannot win team trophies." I knew that this rule was directed at my students and me as we had begun to be regularly challenged at MCA tournament on whether we made up a school team or a club team. (A school team is a team with players all from the same school; a club team is with players from different schools.) We were a club team, the only club team that had regularly been competing in MCA tournaments and regularly winning. This rule was racially designed to deny my students and I access to the benefits of winning.

### How Bennett was adversely affected by the racially discriminatory MCA rule.

9. As a chess coach, instructor, promoter, my business opportunity was significantly adversely affected by the racially discriminatory MCA rule. My Black African-American students that I coach, (who would have continued winning team chess trophies), were and are being denied access to team chess trophies, while the Caucasian students of Caucasian chess coaches are able to win team trophies. This racially discriminatory policy has negatively affected my ability to do the business of teaching chess, as my students are subjected to a racist glass ceiling on their opportunities to benefit professionally and educationally. As a result of the glass ceiling my students have been and are being discouraged from playing chess (while Caucasian students are encouraged to play). Ultimately, as a result, my credibility as an instructor, coach, and chess promoter was and is negatively affected while Caucasian chess coaches are not affected. I have suffered by not being able to continue teaching, coaching, and promoting chess, because

my students, due to the racist system, have been discouraged from participating in chess activities.

**Cohen as a policy/decision maker of MCA and the D.C. Chess League (DCCL).**

10. As President of MCA, Harry Cohen was also a policy/decision maker for MCA. The racist rule that MCA developed and implemented that wrongfully denied my students and I was developed and implemented when Harry Cohen was President of MCA. Cohen knew or should have known about the rule created and posted on MCA literature. As treasurer of the DCCL, Harry Cohen was also a policy/decision maker. Cohen knew or should have known about the DCCL pattern and practice of denying Black African-American and Vietnamese children access to the Denker, and the campaign of defamation of Bennett's name that the DCCL engaged in, (ultimately adversely affecting my business opportunities, etc.).

**Bennett's communication of race discrimination with Cohen.**

11. On October 2, 2004, while coaching approximately ten (10) students at the Carroll Manor Scholastic chess tournament held in Jessup, Maryland, I approached Mr. Cohen and asked him when the next qualifier for the Maryland Sweet Sixteen Championship would be held. Cohen told me that he didn't know. I then expressed my concerns about new rule, "Club teams cannot win team trophies." I informed Mr. Cohen that I felt that this rule was created specifically to keep my students from winning the trophies. I told Mr. Cohen that I thought it was discrimination. Mr. Cohen said, "It's not discrimination and I'm done talking to you." Cohen has never said anything else to me.

**Conclusion**

11. As a result of the MCA's continuing system of race discrimination, my constitutional and civil rights have been violated. Additionally, as a result, I have suffered and continue to suffer mental anguish, emotional pain and suffering, feeling of paranoia, feelings of distrust, depression, sleep deprivation, nightmares when able to sleep, loss of consortium, sexual dysfunction, personality disorder, anxiety attacks, interference with life's daily activities, loss of enjoyment of life, humiliation, embarrassment, loss of positive reputation that I have worked my whole life to build, negative changes in my relationships with family and friends, and inconvenience.

12. I believe that, unless prevented by this Honorable Court, Harry Cohen and the other Defendants in this lawsuit will continue their ongoing campaign of racism and discrimination, causing me even more serious harm than has so far been the case. Additionally, I am concerned for the rights of the children, who are clearly very distressed by what has been going on. I therefore respectfully ask this Honorable Court to grant me the relief set out in my present application.

*I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing facts are true.*

Vaughn L. Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing AFFIDAVIT was mailed, first class and postage prepaid this 31st day of January, 2006 to:

Jeffrey T. Brown
4601 Forbes Boulevard
Lanham, Maryland 20703

*Vaughn L. Bennett*
Vaughn Lee Bennett