I do not know the specifics on the DC events, but I do know David Mehler, and he is not racist.
Regards, John McCrary

-----Original Message-----
From: vleebennett <vleebennett@starpower.net>
To: mccrary@axs2k.net <mccrary@axs2k.net>
Date: Saturday, May 19, 2001 1:33 PM
Subject: Racism in childrens chess II

## RACISM IN CHILDREN'S CHESS

To play chess in the Denker Tournament of High School Champions, you must be the official and grade eligible high school chess champion of your state. Each year it is held concurrently at the same location as the U.S. Open Chess Championships. In 1998 the U.S. Open was held in Kona, Hawaii, 1999 Reno, Nevada, 2000 Minnesota. This year it will be held in Framingham, Massachusetts, with a guaranteed prize fund of $40,000 dollars.

The Denker Tournament is considered a prestigious event. Scholarships, totaling $1,000 are awarded to the top four finishers. In 2000 the University of Texas at Dallas awarded five scholarships valued at $30,000 each. The overall champion, (along with an alternate), earns the right to travel abroad representing the U.S. in world junior competition.

Envision this, your son or daughter wins the D.C. Public School Chess Championship. You and your child are invited to attend a D.C. chess champions banquet at the exclusive Cosmos Club in Washington, D.C. You proudly watch your child receive a trophy and title of D.C. High School Chess Champion. But, while your child is the acknowledged D.C. Champion, someone else gets to represent the District of Columbia in the Denker. How would you feel if you found out that the person that went to the Denker never even competed for the title of D.C. High School Chess Champion? You find out that this past January 13, he won the right to go to the Denker again by being the only "D.C." high school student that played in a "qualifying" tournament, that cost fifteen dollars to enter, held at the U.S. Chess Center in Washington, D.C. David Mehler runs the U.S. Chess Center. Many people have claimed that he is a racist. Mehler is white and so is the perennial (1998 – 2001?) "D.C." Denker representative, (who by the way goes to a high school in D.C. that has a total of 275 students, cost $20,000 per year to attend and has no chess activities).

Ironically, at the same time that the "qualifying" tournament was held, across town, the 1st Annual Dr. Martin Luther King, Jr., Scholastic Chess Tournament was held at the Martin Luther King Memorial Library. Of the sixty, K – 12, participants, twenty were D.C. high school students. All of the children and youth were from D.C. Public and Charted schools. D.C. Mayor, Anthony A. Williams, attended the tournament and invited all of the winners to his office for

an awards ceremony. If you had to pick, is there any question which tournament had the right to claim a D.C. High School chess champion?

Please help try to correct this injustice so that no child will be denied the right to compete for scholarships of higher education. Demand that the process for selecting the D.C. representative to Denker Tournament of High School Champions be fair, accessible, and objective. Support the Olympic Chess House's, May 26, 2001 D.C. K-12 Scholastic Chess Championships. For more information, please call Vaughn L. Bennett, (202) 421-6419 or e-mail us at olympicchesshouse@yahoo.com.

# U.S. Chess Center

# Special Events and Activities

The U.S. Chess Center has a wide variety of special events.

## Grandmaster Seminars

- International Grandmaster Vladimir Epishin, then a second to former World Champion Anatoly Karpov, came to speak about chess and analyze two games.

  International Grandmaster Alex Sherzer has spoken about chess theory and analysis to groups of chessplayers. GM Sherzer will come again.



Among the participants in our June 1995 5,000 Kids! celebration were Hall of Famer and Chess Teacher of the Century **Jack Collins**, USCF Hall of Fame Committee Chairman **John McCrary**, Congressional Certificate of Recognition holder **Gregory Acholonu**, William Steinitz nephew **Kurt Landsberger**, USCF Executive Director **Al Lawrence** and Maryland's highest-rated player, **Sarah Mehler** (holding balloon).

The U.S. Chess Center hosted the U.S. Cadet Championship four times and hosted the U.S. Armed Forces Championship for nine years. Pictured here are the participants of the 1996 Cadet Championship. **Noah Siegel**, far left, won the 1996 Championship. The others, from left, are: **Jacob Chudnovsky, Mauricio Ruiz, Nawrose Nur, Jordy Mont-Reynaud, Harutyun Akopyan, Justin Sarkar** and **Matthew Puckett**. The photo was taken on the grounds of the National Academy of Sciences.



**Then-First Lady, now Senator, Hillary Clinton** watches two students at the District's J.O. Wilson Elementary School demonstrate their proficiency

at chess. The First Lady met with the Center's Executive Director at the school. She was there with other dignitaries (Secretary of Education **Richard Riley** is visible behind her) to commend the school for its excellent after-school activities, which include chess.







The Center's Theophilus Thompson Club played a match in 1993 with a team of touring Israeli kids.

A chess exhibition on the National Mall in 1994 attracted the interest of thousands of passers-by.

The Center staged a human chess game in the Old Post Office Pavilion in October 1996 as part of the Chess Collectors International convention.

