IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                     Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANT COHEN'S MOTION TO QUASH SERVICE

Now comes the Plaintiff, Vaughn L. Bennett, pro se, and opposes the Defendant's Motion to Quash Service, and as grounds therefore states as follows:

1.    Plaintiff did serve Defendant Cohen in his individual and in his official capacity as the President of the Maryland Chess Association (MCA). Plaintiff attempted to serve Defendant Cohen on behalf of the Maryland Chess Association (MCA). Plaintiff was not attempting to serve Defendant Cohen on behalf of the USCF, nor was Plaintiff attempting to serve Defendant Cohen on behalf of the District of Columbia Chess League (DCCL). Plaintiff was not aware that Defendant Cohen no longer was president of MCA nor treasurer of the DCCL.

2.    Plaintiff states that if Defendant Cohen is not a proper person, upon whom service for MCA could be made, that he concurs with Defendants Motion.

3.    Plaintiff states that, in accordance the Rules of Civil Procedure, if Harry Cohen were an "officer" (treasurer) of the DCCL, he would be a proper person, upon whom service for DCCL could be made.

1

## CONCLUSION

Plaintiff respectfully requests that this Honorable Court allow Plaintiff Leave to Correct Service on the Maryland Chess Association.

Respectfully submitted,

*Vaughn L. Bennett*
Vaughn L. Bennett, pro se
2520 10th Street, N.E., #27
Washington, D.C. 20018
Telephone: (202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT COHEN'S MOTION TO QUASH SERVICE** was mailed, first class and postage prepaid this 31st day of January, 2006 to:

Jeffrey T. Brown
4601 Forbes Boulevard
Lanham, Maryland 20703

*Vaughn L. Bennett*
Vaughn Lee Bennett