IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                   Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANT CHESS CENTRAL'S MOTION TO DISMISS

Now comes the Plaintiff, Vaughn L. Bennett, pro se, and opposes the Defendant's Motion to Dismiss, and as grounds therefore states as follows:

**I.    The Court Should Not Consider the Motion Due to Defendant Chess Central's Failure to Comply with Court Rules Governing Service on the Parties**

Plaintiff obtained a copy of Defendant Chess Central's Motion to Dismiss on Friday, February 3, 2006, via the computer in the Clerk's office for the US District Court for the District of Columbia. Plaintiff was never mailed a copy of Defendant's Motion to Dismiss. Had Plaintiff not been regularly reviewing the Court's docket, he would have never known that the Defendant's Motion was filed. Mr. Just's false certification of service of his Motion on Plaintiff, when in fact he did not ever serve his Motion, is a clear and intentional violation of the Court's Rules and can only be construed as a purposeful attempt to obtain relief to which he and/or Chess Central is not entitled by hiding his actions from other parties in interest in this matter.

1

### II. The Court Should Not Consider the Motion Due to Defendant Chess Central's ("an Illinois Corporation") Failure to be Represented by an Attorney

The Plaintiff, pro se, respectfully states that the Courts have long established that corporations are to be represented by Attorneys. Timothy Just is not an Attorney and has no standing to represent, "this closely held corporation of a retired school teacher, created so Mr. Just can build up his Social Security wages", as an Attorney in this Honorable Court.

### III. Defendant Timothy Just, a non-lawyer, cannot represent an employee of the USCF in a legal proceeding

Mr. Just, in his pleading to this Honorable Court, has admitted that, "Chess Central is the employee of the USCF". Defendant Just, as a non-lawyer, has no standing to represent an employee of the USCF in a legal action.

### IV. Defendant Just, a non-lawyer, is an employee of Chess Central and has no standing to represent his employer in a legal proceeding

Mr. Just, in his pleading to this Honorable Court, has admitted that, "Chess Central is the employee of the USCF", and that, "Fees are paid to the corporation [Chess Central], and Mr. Just is paid therefrom." These admissions of fact clearly establish that Mr. Just is an employee of the Illinois, for-profit corporation, Chess Central; and as such Defendant Just has no standing to be the Attorney of Chess Central.

### V. This Honorable Court has jurisdiction

Defendant Just was representing his employer, Defendant Chess Central, when he violated Plaintiff Bennett's constitutional and civil rights in Hershey Park, PA. Defendant Just was also representing Defendant Chess Central when he wrote interstate letters and

2

made interstate phone calls defaming Plaintiff's good name. Plaintiff is a resident of Washington, D.C., thus jurisdiction is properly placed with this Honorable Court.

### VI.  Dismissal is premature

Dismissal is premature, as no discovery has yet been conducted. Plaintiff believes proper discovery would produce evidence that would not only conclusively prove his claims, but that a much broader race based conspiracy, against Plaintiff, would be exposed.

### VII.  Defendant Chess Central has not given a non-discriminatory reason for its actions.

Defendant Chess Central has not articulated a legitimate non-discriminatory reason for its actions. As such, Plaintiff's *prima facie* case of discrimination is unchallenged.

## CONCLUSION

Plaintiff has stated claims against Defendant Chess Central upon which relief may be granted. For all of the foregoing reasons, Plaintiff respectfully requests that Defendant Chess Central's Motion to Dismiss be denied.

Respectfully submitted,

*Vaughn L. Bennett*, pro se
Vaughn L. Bennett, pro se
2520 10th Street, N.E., #27
Washington, D.C. 20018
Telephone: (202) 351-2627

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT CHESS CENTRAL'S MOTION TO DISMISS** was mailed, first class and postage prepaid this 6th day of February 2006 to:

Timothy Just
37165 Willow Lane
Gurnee, IL 60031

Chess Central
37165 Willow Lane
Gurnee, IL 60031

*Vaughn Lee Bennett*
Vaughn Lee Bennett