IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                        Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **PLAINTIFF'S OPPOSITION TO DEFENDANT CHESS CENTRAL'S MOTION TO DISMISS**, it is hereby

    **ORDERED** that the Defendant's Motion be and is

DENIED

    Entered this _____ day of _____, 2006,

                                           **Judge Richard J. Leon**
                                           U.S. District Court for the District of Columbia

**Copies to:**

Timothy Just
37165 Willow Lane
Gurnee, Illinois 60031

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018

Chess Central
37165 Willow Lane
Gurnee, IL 60031