IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                    Case No: 1:05CV02225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO FURTHER EXTEND TIME TO OPPPOSE DEFENDANTS' MOTIONS TO DISMISS

Plaintiff, pro se, requests additional time, until February 13, 2006, to oppose Defendants USCF, John McCrary, Timothy Redman, Timothy Just and Boyd Reed's Motion to Dismiss. This is Plaintiff's second such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff must respond to multiple Motions to dismiss and/or for Summary Judgment and needs more time to properly oppose Defendants' Motion.

2. On Febrary 6, 2006, Plaintiff left message regarding this Motion on answering service for Attorney Colleen Durbin, counsel for Defendants USCF, McCrary, Redman, Just and Reed. Attorney Durbin returned Plaintiff's call and consented to the extension of time.

1

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to further extend the time within which he must file his Opposition to Defendants' Motion to Dismiss, to and including February 13, 2006.

Respectfully submitted,

Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Further Extend Time to Oppose Defendants' Motions to Dismiss, was mailed, first class and postage prepaid this 6th day of February 2006 to:

Colleen Durbin
Carr Maloney
1615 'L' Street, N.W.
Suite 500
Washington, D.C. 20036

Vaughn Lee Bennett

2