IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                         Case No: 1:05CV02225 (RJL)

**UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,**

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO FURTHER EXTEND TIME TO OPPPOSE TO DEFENDANTS' MOTION TO DISMISS**, it is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

    **Entered** this _____ day of _____, 2006,

                                      **Judge Richard J. Leon**
                                      U.S. District Court for the District of Columbia

**Copies to:**

Colleen Durbin, Esquire                         Vaughn Lee Bennett
Carr Maloney                                               2520 10th Street, N.E., #27
1615 'L' Street, N.W.                           Washington, D.C. 20018
Suite 500
Washington, D.C. 20036

3