IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

      Plaintiff

v.                                                               Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

      Defendants

## MOTION TO FURTHER EXTEND TIME TO OPPPOSE TO DEFENDANT MEHLER'S MOTIONS TO DISMISS AND/OR FOR SUMMARY JUDGEMENT

Plaintiff, pro se, requests additional time, until February 20, 2006, to oppose Defendant Mehler's Motion to Dismiss and/or for Summary Judgment. This is Plaintiff's first such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff must respond to multiple Motions to dismiss and/or for Summary Judgment and needs more time to properly oppose Defendant Mehler's Motions.

2. On February 11, 2006, Plaintiff spoke with Defendant Attorney Mehler's counsel, Attorney David Durbin, regarding this Motion. Attorney Durbin consented to the extension until February 20, 2006.

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to Defendant Mehler's Motions to Dismiss and/or for Summary Judgment up to and including February 20, 2006.

Respectfully submitted,

*Vaughn L. Bennett, pro se*
Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Further Extend Time to Oppose Defendant Mehler's Motions to Dismiss and/or for Summary Judgment was mailed, first class and postage prepaid this 13th day of February, 2006 to:

David Durbin, Esquire
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036

*Vaughn L. Bennett*
Vaughn Lee Bennett