IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                              Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO FURTHER EXTEND TIME TO OPPPOSE TO DEFENDANT MEHLER'S MOTIONS TO DISMISS AND/OR FOR SUMMARY JUDGEMENT**, it

is hereby

    **ORDERED** that the Plaintiff's Motion be and is

GRANTED

    **Entered** this _____ day of _____, 2006,

_____
**Judge Richard J. Leon**
U.S. District Court for the District of Columbia

**Copies to:**

David Durbin, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018