uscf board,Diane Reese , rules, tdcc, uscf staff, haroldwinston, 11:19 PM 11/16/2004 -0600, Hersh

To: uscf board,Diane Reese <res1yb6k@verizon.net>, rules, tdcc, uscf staff, haroldwinston
From: Tim Just <timjust@comcast.net>
Subject: Hershey National Youth Action
Cc:
Bcc: wayne,APCT
Attached:

NOV 29 2004

I wish to lodge a complaint against Vaughn Lee Bennett 12797328.

Mr. Bennett attacked me at the National Youth Action Chess tournament this last weekend. He threatened another TD. This was seen by a third TD and many of the students attending the event.

I was forced to forfeit his student (son?) due to his constant loud behavior and making faces at his student's opponent. I asked him to move 3 feet behind the opponent so as not to bother him any longer. He could still see the game from there. His student (son?) complained (annoyance) when his opponent was about to Queen a pawn and had moved that piece to his hand for the next move. I pointed out to the student that I was still dealing with the first annoyance complaint with his own coach. When I said this Mr. Bennett became belligerent. I gave him until the count of 10 to leave the tournament hall before I forfeited his student (son?). I forfeited the young man (who was losing badly anyhow). Mr. Bennett then approached me and shoved and punched me. I called the police. They did nothing (they acted annoyed). When that happened I verbally expressed my displeasure with the police in a rude obscene manner. I got a citation (similar to a driving violation) for what I said to the police.

This man should have his membership suspended.

This man should be barred from all scholastic events.

You have my Credit Card on file to chare the $25 fee against.

When the tail wags the dog (scholastic committee) and lets parents and coaches in the playing room TDs are bound to be assaulted. A ban on parents/coaches in the playing area is required.

I am practically distressed that the board did not contact me directly about this. I am distressed that the board/USCF did nothing about Mr. Bennett's behavior.

I am insulted that you are starting to strip me of my USCF voluntary duties (registered agent). I suspect you will go forward with getting rid of any association with me at all. No good dead goes unpunished.

I have wasted my life on chess!!!

I am contacting an attorney. You did not provide the TDs with security at this event.

X-Originating-IP: [66.163.170.81]
Date: Wed, 17 Nov 2004 08:21:26 -0600
From: Wayne Clark <waynedclark@sbcglobal.net>
User-Agent: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.2) Gecko/20040804 Netscape/7.2 (ax;nscd1)
X-Accept-Language: en-us, en
To: hjwinston@aol.com
Subject: National Youth Action 2004

#2

Harold,

My name is Wayne Clark 12532710. I'm an NTD. I was the Chief of the high school section at the National Youth Action 2004. This is the section that was next to the section where the first series of events took place. I am also the TD that Vaughn Lee Bennett 12797328 later threatened. Carol Jarecki witnessed this particular encounter. I had to call hotel security, at Carol's insistence too, in order to insure my own safety and try to defuse the situation. I wasn't even trying to talk to Mr. Bennett, I was trying to talk to someone else and Mr. Bennett took it upon himself to interrupt and threaten me. I had numerous complaints from the high school students at the disturbance that was taking place. I filed my testimony with the police officer whom Tim filed his complaint with. Not only did Vaughn Lee Bennett threatened me but I witnessed him being physically restrained from pursuing Tim Just as Tim was leaving the tournament hall. Mr. Vaughn was out of control and deserved to be arrested. I don't know how many other tournament directors present would have walked away, as Tim did, after being assaulted and physically battered.

I'm telling you Harold because it seems that maybe you are the point person for the USCF in this incident. I would welcome an opportunity to discuss this via phone if you are the correct person. My home phone is 847-546-8511. You have my e-mail above.
Wayne



NOV 29 2004

#3

November 23, 2004

William Goichberg
Executive Director
United States Chess Federation
3068 US Route 9W Suite 100
New Windsor NY 12553

Dear Mr. Goichberg:

Tim Just has asked me to set down in writing my recollections of the events of Sunday, November 14, 2004 at the National Youth Action Championships in Hershey, PA. The following is a true and complete account of what I saw and knew at the time of the incident.

The incident occurred during the last round, and happened nearest the K-9 section, which was in a corner of the playing hall. I would estimate that I was about 50-60 feet from the area, with a clear line of sight.

I was in the Blue Room of the Hershey Lodge, which was the main playing hall for the NYAC. I was working in the K-6 section, which took up the middle third of the hall. I happened to glance up and see Gregory Vaserstein, a TD in the K-9 section, attempting to move a spectator in a blue T-shirt away from a game in progress in that section.

Shortly after that, I was collecting other results and looked up again. I noticed a large group of people, all wearing the same blue T-shirt. If memory serves, the front of the shirt said "Olympic Chess House" or some similar verbiage; they were in abundance during the weekend. I noticed that Mr. Just, Mr. Vaserstein, Ernest Schlich (TD in K-9) and Wayne Clark (TD in K-12) were all in the vicinity of the shirts as well.

I saw Mr. Just, who appeared to be speaking to an African-American gentleman of medium height (perhaps 5'10" or 5'11"). He appeared to be wearing one of the Olympic Chess House T-shirts. Then, the Olympic gentleman pushed Mr. Just in the chest, causing him to take steps backward.

At this point, Mr. Schlich stepped in front of Mr. Just to avoid any retaliation, and one of the Olympic gentleman's companions stepped in front of him. Mr. Just did not step

853 Larimer Avenue
Turtle Creek PA 15145-1050

boydr@bmrdesigninc.com
(412) 519-6225
www.bmrdesigninc.com



forward or attempt to retaliate. The Olympic gentleman tried to get around his compatriot to get at Mr. Just.

Mr. Just declared that he was forfeiting their entire team, and then moved to leave the room. The Olympic gentleman remained in the playing hall.

At this point, a lady wearing one of the Olympic T-shirts began walking the aisle between the K-9 section and the bottom boards of the K-6 section, making loud accusations of racist practices by the USCF at national tournaments. Mr. Clark approached the woman, presumably to ask her to quiet down. The same gentleman who pushed Mr. Just then approached Mr. Clark, and I turned away, as the same TDs were in the area and were capable of handling the situation.

The above is my recollection of the incidents of Sunday evening, November 14, 2004, and it is true and complete to the best of my recollection, and includes no facts, recollections or allegations presented to me at any time after the incident.

I have e-mailed a copy of this letter as a Microsoft Word attachment to Mr. Richard Buchanan at Mr. Just's request.

If there are any questions, I may be contacted via any of the media on the letterhead. Thank you.

Sincerely,

Boyd M. Reed

cc: Mr. Richard Buchanan, Chairman, USCF Ethics Committee

**U. S. Chess Federation**
*www.uschess.org*

PO BOX 3967
CROSSVILLE, TN 38557-3967
Phone: (931) 787 - 1234
Fax: (931) 787 - 1200

#4

November 17, 2005

Mr. Vaughn L. Bennett
P. O. Box 29582
Washington, DC 20017

Dear Mr. Bennett,

During the November meeting the USCF Executive Board voted to uphold the Ethics Committee recommendation for the suspension of your USCF membership for one year, effective November 18, 2005 through November 17, 2006. Several members of the Board expressed regret that no response was received from you regarding your side of the story and felt there was no choice but to uphold the ruling. If you have any questions or concerns related to this issue, please contact me (extension 189) or Pat Knight (extension 133) at our office number listed above.

Sincerely,

Bill Hall
Executive Director