IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                          Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**, it is hereby

    **ORDERED** that the Defendant's Motion be and is

DENIED

    Entered this _____ day of _____, 2006,

_____
**Judge Richard J. Leon**
U.S. District Court for the District of Columbia

Copies to:

Colleen Durbin, Esquire
1615 'L' Street, N.W., Suite 500
Washington, D.C. 20036

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018