IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN L. BENNETT, | * | |
| Plaintiff, | * | |
| v | * | CASE NO: 1:05CV02225 |
| U.S. OF AMERICA CHESS FEDERATION, et al, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

_____THIS COURT, having read and considered the Motion of Defendants the University of Maryland, Baltimore County, Dr. Freeman Hrabowski, III, and Dr. Alan T. Sherman ("the University Defendants") to Dismiss the Plaintiff's claims against them, and Plaintiff's Opposition to the Motion to Dismiss, IT IS, this \_\_\_\_ day of _____ 2006 HEREBY ORDERED that the University Defendants' Motion to Dismiss BE, and the same here by IS GRANTED.

_____        _____
DATED                                                        JUDGE