# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

     Plaintiff

v.                                Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

     Defendants

## AFFIDAVIT OF VAUGHN L. BENNETT

I, Vaughn L. Bennett of 2520 10th Street, N.E., #27, Washington, D.C., state as follows:

**Affiant.**

1. I am a Black African-American chess promoter, instructor, and coach. I am also a member of the USCF, a certified USCF tournament director and currently the only Black African-American, duly elected, delegate (District of Columbia), to the USCF in the world. I am the claimant in the present action. I make this affidavit in support of my Opposition to Defendant Mehler's Motion to Dismiss. The matters set out in this affidavit are within my personal knowledge and are true to the best of knowledge and belief.

**Mehler's racial animus.**

2. On December 22, 2004, Defendant Attorney David Mehler was in deposition, under oath to tell the truth. I observed the deposition and heard him (Mehler) state that he knew of no Black African-American children in D.C. who play chess very well and that, "There were no good chess players in the District of Columbia!" I believe that this was a blatant and true expression of his racial animus toward Black African-Americans.

3.      Certain requirements, (in a no longer existing D.C. zoning law), have allowed the Defendants Attorney David Mehler and the United States Chess Center Foundation (USCCF) to enjoy a twenty-year rent free lease on thirteen thousand (13,000) square feet at 1501 'M' Street NW, Washington, D.C., since 1992. Defendant Attorney David Mehler also publicly claims, that since 1992, the USCCF has taught twelve thousand (12,000) "especially inner city" (mainly Black African-American) D.C. school children the game of chess. Defendant Attorney Mehler also says that he "sent teams of children to state and national championship(s)" tournaments. Mehler has never sent a team that mainly consisted of children "especially those from the inner city" to a national championship tournament. Mehler has never traveled overnight with; and coached, a team of "inner city" D.C. Public School children at any state or national chess championship.

**The USCF and how the USCF is linked with the US government.**

4.      The USCF is the national governing body of chess in the United States. It is a nonprofit amateur and professional sport [chess] organization, which acts as this country's representative in the international chess federation, Federation International Des Echec (FIDE). It sets goals and directs policy in the sport [chess]. It also governs and has the power to sanction internal chess competitions held in the U.S. The USCF is an IRS 501 (c) (4), tax-exempt, social organization. In 1939, the USCF was incorporated in the state of Illinois and headquartered in the state of New York. The USCF has affiliates in each of the fifty states. Each affiliate pays membership fees, tournament fees, etc., to the USCF. The primary place of business for the USCF remained in the state of New York for sixty-five (65) years until 2004 when it was moved to Crossville, Tennessee.

5.      There is a joining at the hip of the USCF and the US Government. The USCF, with its multimillion-dollar budget, enjoys the benefit of significant US Government financial assistance in the form of tax exemption, (being recognized as an IRS 501 (c) (4), social organization), and indirect or direct receipt of federal grant funds. The USCF enjoys the US Government benefit of being authorized as the sole sanctioning body of chess in the U.S. Additionally; the USCF also enjoys a large percentage of its operating space due to the city government of Crossville, Tennessee recently making a donation of three (3) acres of land to the USCF.

6.      The US Government benefits from its relationship with the USCF because the USCF takes on the US Government duties, responsibilities, and activities of representation in the international chess federation, Federation International Des Echec (FIDE). The USCF further takes on US Government duties, responsibilities, and activities by conducting qualifying competitions that ultimately determine who will represent the United States in world/international competition, including the Olympics. The USCF sets goals and directs policy for the sport of chess in the U.S. The USCF also governs, and is the only sanctioning body for, internal chess competitions held in the U.S.

**Bennett's recent history with the USCF.**

7.      In 2000, I joined the USCF as a dues paying member, attending and participating in various USCF sanctioned activities. Later, I became employed with the USCF as a USCF sanctioned tournament director (TD), and directed several USCF sanctioned tournaments as chief TD. I also was executive director of Olympic Chess House, a USCF affiliate. I advocated many children, schools and organizations, where I taught chess, to join the USCF and become dues paying members and affiliates. I received praise and

commendation for my chess teaching skill and dedication to the community – in the form of, but not limited to, – positive write-ups in news articles, radio and television interviews, even receiving a resolution from the D.C. Board of Education recognizing my work with special needs children.

**Bennett speaks out about racism and discrimination in chess.**

8.    During my membership and employment with the USCF, I vocally opposed numerous practices and procedures that I believed to be racial discrimination within the USCF, including the inequitable treatment of Black African-American adult and child chess players. In particular, from May 2001until present, in both telephone conversation and letters to the management of the USCF; statements to members of the public, elected off and media, I spoke out on a broad range of matters concerning race discrimination and illegal activities, including (but not limited to) the following instances:

9.    On or around April of 2001, I discovered an ongoing, racially motivated scheme, designed by defendants USCF, USCCF, DCCL, Brownscombe, Redman, McCrary, Attorney Mehler, Mikell and Cohen; to deny Black African-American and Vietnamese children, (who had won the title of D.C. High School Champion) the opportunity to win chess scholarships by representing the District of Columbia at the Arnold Denker Tournament of High School Champions (Denker).

10.   The Denker, where each state sends their state high school champion to compete, is the most prestigious scholastic chess tournament in the United States. The top four finishers of the Denker tournament are awarded scholarships from the USCF totaling $1,000.00. In addition to the USCF scholarships, in the year 2000, the University of Texas at Dallas awarded five scholarships, valued at $30,000.00 each, to the winners of

4

the Denker. Ultimately, the Champion of the Denker is awarded the right to represent the U.S. in World competition. There has never been a Black African-American winner of the Denker.

11.    I discovered that since 1988, no Black African-American child has represented Washington, D.C. at the Denker. I also discovered that since 1998, the Denker representative for D.C. had been the same Caucasian child, Johnny Sadoff, the son of USCCF board member/registered agent Elizabeth Sadoff. Johnny [Sadoff] never competed for the title of D.C. high school champion, but ultimately represented D.C. at the Denker five years in a row, never winning. There is no other person in the entire world that has ever played in the Denker five years in a row.

12.    On or about May 3rd, 2001, I had a telephone conversation with, then USCF Scholastic Coordinator, Defendant Thomas Brownscombe. During or conversation I expressed my concerns about how racist it was for Black African-American children in D.C. to be wrongfully denied the opportunity to represent D.C. and win chess scholarships. Defendant Brownscombe proudly told the Plaintiff that Johnny Sadoff was the only D.C. high school student that had competed in Mehler's "qualifier". Defendant Brownscombe informed the Plaintiff that Mehler had already submitted the documentation that identified Johnny Sadoff as the D.C. representative to the Denker for the fourth year in a row. Brownscombe also stated that the DCCL makes the determination. DCCL President Defendant Ralph Mikell is also the treasurer and registered agent of the USCCF. In 2001, the DCCL's official address was 1501 'M' Street NW, Washington, D.C., (the same address as the USCCF).

13.    I wrote private email letters titled to various management officials of the USCF, including but not limited to, defendants USCF presidents Redman and McCrary. My email letters expressed my concern over the clear lack of fairness and justice implications that accompanied the facts that: the student population of the District of Columbia Public Schools is approximately 90+% Black African-American; and that since 1988, no Black African-American child has represented Washington, D.C. at the Denker Tournament of High School Champions. The letters to Defendants Redman and McCrary also detailed the racially discriminatory conditions he (Plaintiff) and other Black African-American adults and children were subjected to. On or about May 19, 2001, Defendant Redman responded to the my letter and said that, "I have asked the Scholastic Director of the U.S. Chess Federation to look into this most troubling accusation." Defendant McCrary responded to my letter on or about May 19, 2001. McCrary said, "I do know David Mehler and he is not a racist." On several occasions at USCF events, I approached and spoke with Defendant Goichberg regarding racial bias and disparate treatment, which could not have been easily overlooked.

14.    With knowledge of the fact that from, 1998-2001, the titled and trophy holding D.C. High School Champion had been either Black African-American or Vietnamese, yet never represented D.C. at the Denker, I became direly concerned about the adverse impact of the blatant, racially motivated scheme to deny minority children, (many of whom were the my students), chess scholarships. Ultimately, as the children could not stand up for their rights, I was compelled to speak out publicly about these injustices that I perceived as a form of child abuse and or neglect.

15.    I informed elected D.C. Public School Administrators, D.C. Council members and D.C. Board of Education (BOE) members about the conspiracy to deny minority children, especially Black African-American children, the right to represent Washington, D.C. in national competitions and win full scholarships to college.

16.    On or about September of 2001, I attempted to reach, then, USCF President McCrary via telephone. I called the USCF headquarters in New York and spoke with USCF Assistant Secretary Ms. Barbara Vandermark. I left a message with Ms. Vandermark for Mr. McCrary expressing my concerns about the system of racial discrimination that the USCF was engaging in and that David Mehler had been retaliating against me for speaking out about it. I also asked Ms. Vandermark if she would have Mr. McCrary call me. McCrary never called nor did McCrary ever take any action to address my complaints of racial discrimination.

**The DC Board of Education's Resolution designed to stop Mehler's racism.**

17.    On August 8, 2001, the District of Columbia Board of Education, at a special public board meeting, unanimously passed a Resolution in order to attempt to stop Defendant Attorney Mehler's blatant system of racial discrimination, and unfair practice of having only White Caucasian children who **had not won** the title and trophy of D.C. High School Chess Champion, represent Washington, D.C. at national chess tournaments where scholarships can be won: Denying Black African-American and Vietnamese children, who **have won** the title and trophy of D.C. High School Chess Champion are intentionally being denied equal access to representing Washington, D.C. at national chess tournaments where scholarships can be won.

18.    The resolution that the BOE passed stated that the BOE would be the "sole entity" to certify who would represent the District of Columbia at the Denker Tournament of High School Champions.

19.    Despite the DC BOE's resolution, Mehler, Mikell, the DCCL, and the USCCF today continue their ongoing conspiracy to deny Black African-American and Vietnamese children access to tournaments where they (the children) would win scholarships.

**David Mehler and the US Chess Center Foundation (USCCF) and how they are linked with the DC Government.**

20.    The USCCF is a fee-paying affiliate of the USCF. It is a nonprofit amateur and professional sport [chess] organization. Anyone can join the USCCF upon payment of membership fees. The USCCF is an IRS 501 (c) (3), tax-exempt, organization. (See attachment #1) The USCCF enjoys the average total yearly revenue of approximately $300,000. (The total gross revenue for the USCCF, 1992-2006, being over three million dollars ($3,000,000).) In or about 1992, the USCCF was incorporated in, and licensed to operate in District of Columbia, being headquartered at 1501 'M' Street, N.W., Washington, D.C. The USCCF's stated mission was to teach chess to children, "especially those from the inner city."

21.    There is a joining at the hip of Mehler (as executive director of the USCCF), the USCCF, and the DC Government. Mehler and the USCCF, enjoy the benefit of significant US and DC Government financial assistance in the form of tax exemptions, (being recognized as an IRS 501 (c) (3), social organization), and indirect or direct receipt of federal grant funds. The USCCF enjoys the DC Government benefit of being having a **twenty (20) year rent free lease** (worth millions of dollars) on 13,000 square

feet at 1501 'M' Street, N.W., (two blocks from the White House) because of a DC Government zoning law. Additionally, the USCCF runs a "for-profit" gift shop inside of the USCCF where federal taxes are levied and collected in the process of interstate commerce. The DC Government licenses, regulates, and oversees the USCCF operations.

22.     The DC Government benefits from its relationship with the USCCF because the USCCF takes on the DC Government duties, responsibilities, and activities of determining who will represent DC at national chess tournaments where children win scholarships. The USCCF further takes on DC Government duties, responsibilities, and activities by conducting qualifying competitions that ultimately determine who will represent the District of Columbia.

23.     While most would consider that the USCCF **is** a recipient of government assistance, Defendant Attorney Mehler falsely advertises (in blatant violation of D.C. Code § 28-3904) on his internet fund-raising, solicitation page that, **"We receive no government support, nor do we receive any funding from the U.S. Chess Federation."**

**Mehler's Scheme to have Bennett incarcerated.**

24.     Since the approximately November of 1997, Plaintiff Bennett regularly patronized the USCCF, a place of public accommodation, purchasing chess equipment and books. Plaintiff has also taken children to the USCCF, paid for them to play in chess tournaments at the USCCF and coached children's chess teams at several tournaments at the USCCF. Plaintiff was never barred from the USCCF.

25.     In early March of 2002 Defendants Salvador Rosario (a worker belonging to Attorney David Mehler and the USCCF), the USCCF and Attorney David Mehler

conspired to have Plaintiff Bennett arrested. Defendant Salvador Rosario, at the behest of

Defendant Atty. Mehler and on behalf of Defendant USCCF, wrote a coercive letter to

the Washington, D.C. Councilmember Kathy Patterson. Councilmember Patterson's

duties (then) involved presiding over the Washington, D.C. Council's Judiciary

Committee, which held the Metropolitan Police Department (MPD) accountable. In the

letter that Rosario wrote to Councilmember Patterson, he falsely informed her that

Plaintiff had a history of violence, had been previously barred from the USCCF and that

when the Plaintiff was at the USCCF, the MPD never showed up when called.

26.    This false information influenced Councilmember Patterson to exercise her

coercive power to demand a report from the MPD Chief Charles H. Ramsey concerning

Rosario's claims. Also in early March of 2002 Defendant Attorney Mehler, while

discussing racial accusations at a meeting with the Principal and other staff members at

Draper Elementary School in Southeast, Washington, D.C., Defendant Attorney Mehler

stated that he (Atty. Mehler) was going to have the Plaintiff arrested.

27.    Unaware of Defendant Attorney Mehler's plot to have him incarcerated, Plaintiff

Bennett went to the USCCF on Saturday March 23, 2002 to return a chess set that he had

purchased at the USCCF in December, 2001. Defendant Attorney Mehler instructed his

workers to call the police. At approximately 1:00pm, when two MPD officers arrived at

the USCCF, another Mehler worker Mr. Douglas Goralsky or "Mr. G" (as he instructs the

children to call him) pointed the Plaintiff out to the MPD officers. The MPD officers

approached the Plaintiff and said, "Sir come with us." The Plaintiff asked, "Why?" The

police officers said, "Sir step outside with us." Again the Plaintiff asked, "Why?" The

MPD officers grabbed Plaintiff, threw him up against a wall, put handcuffs on him and

took him outside. All of the actions by the MPD officers took place in front of over two hundred (200) children and adults. Defendant Attorney Mehler falsely informed the MPD officers that the Plaintiff had been previously barred from the USCCF, causing the officers to charge the Plaintiff with unlawful entry, arrest the Plaintiff and take him to jail. At approximately 2:00am on Sunday March 24, 2002, Plaintiff Bennett was assaulted in his jail cell. At approximately 3:30pm, Monday, March 25, 2002, the charges against the Plaintiff were dropped and the Plaintiff was released from jail. Defendant Attorney Mehler has publicly announced his conspiracy to have the Plaintiff incarcerated when he told the Washington City Paper writer, Dave McKenna, that, "This wasn't the first time we've called the police on him. It was just the first time the police showed up."

**Mehler causes Bennett to be denied contracts.**

28.   Because of the aforementioned scheme of racial discrimination, I have been denied access to contracts:

29.   In or about May of 2002, I was publicly authorized by the DC BOE to give the qualifying tournament that would determine the champion who would represent the District of Columbia at the Denker. In fact, BOE President Peggy Cooper Cafritz publicly stated that my organization (OCH) and myself would give the tournament to determine who the DC representative to the Denker would be. Mehler ignored the BOE's resolution and their delegation of duties to my organization. He (Mehler), Ralph Mikell, Harry Cohen, the DCCL, the USCF, and the USCCF continued the unfair, racist policy of denying Plaintiff's students, (many of whom were champions), the right to represent Washington, D.C.

11

**Bennett speaks out illegal activities conducted by the USCF, USCCF, David Mehler, etc.**

30.    I spoke out about the fact that Defendants USCF, USCCF, John McCrary, and Attorney David Mehler had illegally housed, and illegally profited from a museum, the "US Chess Hall of Fame" (USCHF), (a financial asset of the USCF). While Defendant John McCrary was Chair of the USCHF, the USCHF enjoyed nine years—rent and D.C. tax free—at 1501 'M' Street NW, Washington, D.C. In blatant violation of D.C. Code § 29-301 (Covering foreign corporations in the District of Columbia), the US Chess Hall of Fame never procured a certificate of authority from the Washington, D.C., Department of Consumer and Regulatory Affairs. As a result, the museum was allowed to collect public funds and never pay taxes. The museum outgrew its nine-year, rent-free space (approximately 5,000 square foot), at 1501 'M' Street and was moved to Florida.

31.    Defendants USCCF and Attorney Mehler also run a for-profit, "gift shop", inside of the USCCF at 1501 'M' Street, charging D.C. sales taxes on items sold, (the USCCF is supposed to be a nonprofit corporation).

32.    The District of Columbia government has approved and allowed Defendants USCF, USCCF and Attorney Mehler to operate illegally collecting public funds.

33.    I exercised my right to free speech and spoke out about the fact that Defendants USCF, USCCF, and Attorney David Mehler had conspired to commit the ongoing fraud and false advertisement, (in blatant violation of D.C. Code § 28-3904), of Attorney Mehler's son and daughter becoming two of the world's highest rated chess players. (Due to fraud, Defendant Attorney Mehler's daughter has the highest recorded rating of any chess player ever in the history of the world; with a rating of 3019; higher than even world champions Bobby Fischer and Gary Kasparov!)

34.    The Defendants were able to accomplish this fraudulent activity by blatantly manipulating the USCF's performance evaluation system. This dastardly deed involved having two of the world's highest rated, professional chess players, Grandmasters Vladimir Epishin and Alex Sherzer, intentionally lose chess games to Mehler's son and daughter. [A chess grandmaster is at the National Basketball Association (NBA), National Football League (NFL) and Major League Baseball (MLB) level of chess. There are less than seven hundred grandmasters in the whole world, some even as young as twelve (12) years old.] The purpose of Defendants fraudulent activities is to defraud myself and other Black African-Americans. Also, the false chess ratings were intended to secure full scholarships to Defendant UMBC for Defendant Attorney Mehler's son and daughter.

35    I had believed the fraudulent information so much, that on or about the April 6, 2001, while meeting with Defendant Attorney David Mehler, I even congratulated him (Mehler) on his daughter's success.

36.    I also spoke out about how Defendants USCCF, Attorney David Mehler and Mikell use public funds to support the USCF, USCCF and the DCCL. In particular the D.C. Public Schools permitted Defendants USCCF and Attorney David Mehler, for many years, to solicit public funds using the D.C. Public Schools name.

**How David Mehler and the USCCF are linked to the USCF.**

37.    The USCF, David Mehler, and the USCCF are definitely joined at the hip, as the USCCF is an affiliate of the USCF. David Mehler allowed the illegal housing of the USCF's museum for nine years, (rent and D.C. tax free) at 1501 'M' Street. The USCF continues to participate with David Mehler and the USCCF in perpetuating the ongoing

fraud of his (Mehler's) children having two of the highest chess performance evaluations

in the world. David Mehler is a member of the bylaws committee of the USCF. Mehler

also certifies, with the USCF, who will represent the District of Columbia at the USCF's

Denker tournament. Additionally, the USCF splits membership and tournament fees with

David Mehler and the USCCF. David Mehler is an employee of the USCF, as he is a

certified USCF tournament director.

**Bennett continues to exercise his right to free speech regarding racial discrimination.**

38.    I spoke out about the USCF's patterns and practices of racial discrimination that

has kept Black African-Americans from being invited for over one hundred and fifty

(150) years, to the US Championships (the chess equivalent to the US Masters in golf). In

2003, after over one hundred and fifty (150) years, Maurice Ashley and Stephen

Muhammad were the first Black African-Americans ever to be invited to the US

Championships. Additionally, I exercised my right to free speech in writing about how

there is only one Black Grandmaster (Maurice Ashley) of chess in the entire world due to

access being racially denied. (The world's first Black African-American International

Master, Maurice Ashley, became the world's first, and only, Black African-American

Grandmaster in 1999. In 2003, Stephen Muhammad won the title of International Master

and became the second Black African-American to ever obtain the title of International

Master. Muhammad is currently the only Black African-American International Master in

the world.)

39.    I also spoke out about how the USCF's patterns and practices of racial

discrimination has allowed a total of only three Black African-American children to ever

be invited to represent the United States in World Youth competition, in almost two

14

hundred (200) years, while Caucasian children have represented the US every time the US has been represented in World Youth competition.

**Bennett discovers Mehler's "wheel conspiracy".**

40.     I was present when Defendant Attorney Mehler testified under oath in a sworn deposition on December 22, 2004. That day, I found out that, in early June of 2001, Defendant Attorney Mehler called a meeting at his place of business (Defendant United Stated Chess Center Foundation) to discuss Plaintiff Vaughn L. Bennett. In particular, he (Defendant Attorney Mehler) wanted to address what I had been saying about Defendants USCF, USCCF, Mehler, and how they could respond to it:

41.     Those attending the meeting of the minds that Defendant Attorney Mehler had called, were all Black African-Americans; Eugene Brown, Attorney Mehler's local business competitor; Eugene Brown's partner, former D.C. Firefighter Mike Brown; the then Director of Community and Corporate Relations for the District of Columbia Public School (DCPS), Dr. Leonard Haynes; former Georgetown University professor, Dr. Arthur Hoyte; Alfred "Butch" Hurd and Defendants Ralph Mikell (DCCL President) and Greg Acholonu. (Defendant Mikell again is the treasurer and registered agent of the USCCF and Defendant Acholonu is an employee who works for Defendant's Attorney Mehler and the USCCF.) As a result of "spokes" coming together at this meeting, the conspiracy to retaliate against the Plaintiff was hatched.

42.     Ultimately the defendants struck back at Plaintiff, by creating and spreading a false defamatory story about the Plaintiff. The "hub" went about defaming the Plaintiff by calling him (the Plaintiff) a "vicious thug with a substantial history of dishonesty."

15

43.    Upon information and belief, in July of 2001, Defendant Attorney David Mehler

told Defendants Mikell and Acholonu, to write letters containing the story that was

created at the meeting. The defamatory letters that Defendants Mikell and Acholonu

wrote in or about July 2001 for Defendant Attorney Mehler, accused me of a fictitious

1989 crime of criminal conspiracy for which I was never charged. In fact, by writing their

letters, Defendants Acholonu and Mikell created the only "documentation", of this 1989

criminal conspiracy, that exists to this date. As a result of his treasurer/registered agent

and employee writing a false, defamatory story about Plaintiff, Defendant Attorney

Mehler has perpetuated this same story to support his defamatory claim that I am a

"vicious thug with a substantial history of dishonesty."

44.    On August 4, 2001 Defendants USCCF and Attorney Mehler retaliated against me

by writing and sending emails that included several false and defamatory statements

about me. This email was posted, (and still is posted) on the website,

www.thechessdrum.net The defamatory email about Plaintiff is still accessible and

visible to millions of viewers. Language stating, but not limited to, I was "a vicious thug

with a substantial history of dishonesty" was in the content of the emails that Defendant

Mehler wrote.

**Plaintiff is denied business opportunity by Defendants USCF, USCCF, and Mehler.**

45.    On or about October 2002, while at Gonzaga High School, while attending, the

D.C. Open, (a USCF sanctioned chess tournament) I requested the USCF certified

national tournament directing services of Mike Atkins. I approached Atkins while he was

in the performance of his official USCF duties; running the D.C. Open. I made this

request to Atkins in order to pursue a business opportunity in which I would host a USCF

sanctioned tournament with one thousand (1000) children participating. Atkins, (while in performance of his USCF duties), immediately refused to officiate any of my tournaments, because of what Defendant Attorney Mehler had said about me.

46.    Also while at the D.C. Open chess tournament held on or about October 2002, in Washington, D.C., at Gonzaga High School, (a prestigious high school in D.C.) I met Ms. Tobin, Gonzaga's librarian. I dialogued with Ms. Tobin about chess. I informed Ms. Tobin about the full scholarships to college that the children could win playing chess; I also spoke about my work with "at-risk" children across Washington, D.C. I shared with Ms. Tobin that I taught chess to children in the esteemed afterschool program, the "Higher Achievement Program" (HAP), (the headquarters of HAP is on the Gonzaga High School campus). Ms. Tobin was excited and invited me to come and teach chess to children at Gonzaga, offering to compensate me. It is my belief that, upon proper discovery, Ms. Tobin will disclose that what Defendant Mehler and his workers (who were present when I spoke to Ms. Tobin) said about me influenced her to not return my calls, and renege on her invitation to me.

47.    [A recent example of the enormity of Mehler's defamation of my name was at approximately 5:00pm, on February 19, 2006, while teaching approximately ten (10) students (ranging from child to adult) my Sunday chess class at the Martin Luther King, Jr.Library, (located at 901 'G' Street NW, Washington, D.C.), Malik Johnson of ICON Chess, Inc., came in to see me. Malik and I spoke for a while. Our conversation was witnessed and heard by several individuals who are willing to provide affidavits. I asked him (Malik) if he would he like to partner with me to do some chess activities for the children. He told me that he didn't think that would be a good idea, because I had a bad

17

reputation. I said what do you mean? What bad reputation? Malik told me because of

what he had read and what David Mehler had said about me. He said that I shouldn't go

around attacking people. Malik told me that some of the foundations, (that fund his

nonprofit organization), told him that they would never fund my organization because I

had a reputation of being dishonest and attacking people. He told me that if they wrote it,

that there must be some truth to it. I told Malik that the only thing that I have done is

fight for the rights of the children. I said that we have a duty to stop someone from

denying our children's rights.]

**The USCF's discriminatory performance evaluation system.**

48.    As I began to research the statistics on Black African-American chess players, I

discovered that the chess performance evaluation system was racially being used to keep

myself and other Black African-Americans at the lowest levels of chess, while Caucasian

chess players are given the opportunity to reach the highest levels. I also discovered that

the USCF had racially utilized their chess rating/evaluation system to drop my chess

rating/evaluation down over two hundred points. The USCF performance evaluation

system permits discrimination on the basis of race and color in evaluations/chess-ratings

where scholarships, cash prizes, master titles, as well as further advancement within the

sport of chess, are based on evaluations/chess-ratings pursuant to USCF written policies.

The undue discretion of tournament directors and tournament organizers is the direct

cause of me and other Black African-American adults and children receiving lower

ratings than Caucasians, and fewer high ratings. When I joined the USCF in the year

2000, my USCF performance evaluation was over two hundred points lower than when

he was last a member of the USCF, with no explanation. Caucasian chess players are not

subjected to the lowering of their performance evaluation, with no explanation. There is

no factor (such as age, experience, or similar factors) that could explain this race based or

color based difference in performance evaluations.

49.    On February 15, 2006, I discovered that my tournament history is missing from

the USCF performance evaluation site. The USCF website currently only lists one game

for my tournament history; (a game that I lost while playing for Defendant Ralph

Mikell's DCCL team in March of 2001). This means that I am not being given credit for

my tournament games that I have played and won. If my games were listed anyone could

see that I have a winning record of numerous tournament games. Caucasian chess

players' successful tournament histories are not removed.

**David Mehler, Mike Atkins, and the Wyndham Hotel conspire to deny Bennett's rights.**

50.    On December 29th, 2005, at approximately 12:00pm, I went to the Wyndham

Hotel to watch chess being played at the Eastern Open Chess Tournament. I usually

attend the tournament, as it is one of the largest professional chess tournaments held in

town and I am a chess promoter, USCF Delegate for D.C., etc. The tournament is usually

open to public spectators and public participants. In addition, I have watched and

participated in chess tournaments at the Wyndham Hotel since the year 2000. I also have

stayed in the Wyndham Hotel over the last few years. I have never been told not to come

to the Wyndham Hotel.

51.    Once I arrived, I saw many friends and chess associates such as Dr. Kimani

Stancil, David Paulina, Chris Sevilla, David Paden, etc., in a room of approximately two

hundred (200), or more, chess players and spectators. While quietly watching the games

being played in the top two sections of the tournament, (where the best games are

played), I noticed that defendant Attorney David Mehler was staring at me and walking rather quickly toward me with a dark look on his face. I began to walk in the opposite direction and looking over my shoulder, I saw Mehler following me. I had hoped that maybe I was just imagining him following me so I went around the same group of tables twice. Mehler followed me around the tables twice, then he walked away. I saw him (Mehler) leave the chess playing room and I resumed watching the games.

52.     A few minutes later, I saw Mehler and USCF tournament director Mike Atkins standing in the room, one of them pointed in my direction, and they began to move towards me. Mehler stormed towards me as fast as he could without running. Feeling that I was in danger, I decided to evade him by walking in the opposite direction around tables again but this time Mike Atkins cut me off. As I approached Atkins who stood menacingly in my path, Mehler was just a few feet from me I loudly said, "Leave me alone!" From behind me Mehler began repeating, "You're not wanted here. You're not wanted here." Atkins, in front of me said, "You know you're not wanted here we sent you a letter." I continued walking in the room. Mehler and Atkins stopped chasing me.

53.     A few minutes later, a Black man that I did not know, approached me and asked if he could speak to me. I said, "Sure." He, (the Black man), asked if I would walk outside with him. I told him, "I don't even know you why would I go somewhere with you?" He, (the Black man), said, "I'm hotel security, would you come with me?" I told him no, I haven't done anything. He said I need you to come with me. I told him no. He said "Am I going to have to take you by force?" I said, "I haven't done anything." He said, "In two minutes I am going to take you by force." I said, "Don't touch me.", and I walked away from him. As I walked away from him, Dr. Kimani Stancil approached me and said that

Atkins had told him that they didn't want me at the tournament; that they had sent me a letter telling me not to come.

54.    After Dr. Stancil went back to his game, a few minutes passed by, and because I felt that I might be in danger, I called 911, (the police), to ask for assistance. I saw the police arrive and as I approached them Mehler was walking with them and speaking to them. I said, "I was the one who called you." Metropolitan Police Department (MPD) Officer W.E. Jones (badge #1729), and MPD Officer Manley responded, "You called us?" I said yes. They asked, "What did you call us for?" I told them because I had been threatened. They said who threatened you? I informed about the person who had claimed to be hotel security. They asked me what he had said. I told them, "He told me that he was going to take me by force!" They said, "That wasn't a threat." The MPD officers then told me that Mehler was having a "private function"; and that he (Mehler) and the Wyndham Hotel (a place of public accommodation) did not want me there. Officers Jones and Manley told me, "You are not welcome here. You are not welcome on the hotel premises." Then they (the MPD officers) told me that I had to leave immediately. MPD Officers Jones and Manley then escorted me outside where they additionally informed me that Mehler said I had previously "assaulted" some of the participants in the chess tournament.

55.    The next day, December 30, 2005, I received a letter, from the US Chess Center (a place of public accommodation) stating that, "Please be advised that my oral statements to you that you are not welcome at the U.S. Chess Center remain in force. Please be advised that are not welcome at the Eastern Open Chess tournament (a place of public accommodation) this year held December 27 – 30. I will consider your presence at

either the US Chess Center or the Eastern Open Chess Tournament to be a trespass and will take appropriate legal action. Defendant Attorney David Mehler signed the letter. (See attached #2.)

**How Mehler's retaliatory and racist scheme continues to affect Bennett.**

56.     This ongoing, racially discriminatory scheme, personally denied me opportunities by subjecting me to a lower status and lower recognition as a chess promoter, instructor, and coach: whereas Caucasian chess promoters, instructors, and coaches are not subject to lower status. More specifically, because my students that I teach and coach are racially denied the opportunity to win championships and scholarships, and the accompanying prestige, I am racially denied status, recognition, and business opportunities as a chess promoter, teacher, and coach: whereas the status, recognition, and business opportunities of Caucasian chess promoters, teachers, and coaches are not denied. I am affected by Mehler's racist scheme because my Black African-American and Vietnamese students, that would have won chess scholarships, were and are being denied access to chess tournaments where they would have won scholarships; while Caucasian students of Caucasian chess coaches were given access. This racially discriminatory policy has negatively affected my ability to do the business of teaching chess, as my students are subjected to a racist glass ceiling on their opportunities to benefit professionally and educationally. As a result of the glass ceiling my students have been and are being discouraged from playing chess (while Caucasian students are encouraged to play). Ultimately, as a result, my credibility as an instructor, coach, and chess promoter was and is negatively affected. I have suffered by not being able to continue teaching, coaching,

and promoting chess, because my students, due to the racist system, have been discouraged from participating in chess activities.

**Conclusion**

57.    As a result of David Mehler's blatant racial animus, his perpetuation of the continuing system of racial discrimination, and his retaliation, my constitutional and civil rights have been violated. Additionally, as a result I have suffered; (and continue to suffer) deprivation of personal dignity, mental anguish, emotional pain and suffering, feeling of paranoia, feelings of distrust, depression, sleep deprivation, nightmares when able to sleep, loss of consortium, sexual dysfunction, personality disorder, anxiety attacks, interference with life's daily activities, loss of enjoyment of life, humiliation, embarrassment, loss of positive reputation that I have worked my whole life to build, negative changes in my relationships with family and friends, and inconvenience.

58.    I believe that, unless prevented by this Honorable Court, Defendant Mehler, will continue his ongoing campaign of racism, discrimination, and retaliation, causing me even more serious harm than has so far been the case. Additionally, I am concerned for the rights of the children, who are clearly very distressed by what has been going on. Mehler has, "so badly abused a vital institution in this city." I therefore respectfully ask this Honorable Court to grant me the relief set out in my present application.

59.    I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing facts are true.

_Vaughn Lee Bennett_ pro se
Vaughn Lee Bennett, _pro se_
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing AFFIDAVIT was mailed, first class and postage prepaid this 20th day of February, 2006 to:

David P. Durbin, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

*Vaughn Lee Bennett*
Vaughn Lee Bennett