IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                      Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **PLAINTIFF'S OPPOSITION TO DEFENDANT MEHLER'S MOTION TO DISMISS**, it is hereby

    **ORDERED** that the Defendant's Motion be and is

DENIED

    **Entered** this _____ day of _____, 2006,


                                         **Judge Richard J. Leon**
                                         U.S. District Court for the District of Columbia

**Copies to:**

| | |
|---|---|
| David P. Durbin, Esquire | Vaughn Lee Bennett |
| 1100 Connecticut Avenue, N.W., Suite 600 | 2520 10th Street, N.E., #27 |
| Washington, D.C. 20036 | Washington, D.C. 20018 |