IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                 Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## MOTION TO EXTEND TIME TO OPPPOSE THE STATE UNIVERSITY DEFENDANTS' MOTION TO DISMISS

Plaintiff, pro se, requests additional time, until March 18, 2006, to oppose Defendants the University of Maryland, Baltimore County (UMBC), Dr. Freeman Hrabowski, III, and Professor Alan Sherman (the University Defendants) Motion to Dismiss. This is Plaintiff's first such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff needs more time to properly oppose the University Defendants' Motion.

2. On February 27, 2006, Plaintiff spoke with the University Defendants' counsel, Assistant Attorney General Elizabeth Marzo Borinsky, regarding this Motion. Attorney Borinsky consented to the extension until March 18, 2006.

RECEIVED
FEB 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to the University Defendants' Motion to Dismiss up to and including March 18, 2006.

Respectfully submitted,

Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Extend Time to Oppose the State University Defendants' Motion to Dismiss was mailed, first class and postage prepaid this 27th day of February, 2006 to:

Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202

Vaughn Lee Bennett