IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                             Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **MOTION TO EXTEND TIME TO OPPPOSE THE STATE UNIVERSITY DEFENDANTS' MOTION TO DISMISS**, it

is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

    Entered this _____ day of _____, 2006,

                                                       **Judge Richard J. Leon**
                                                       U.S. District Court for the District of Columbia

**Copies to:**

Elizabeth Marzo Borinsky                                Vaughn Lee Bennett
Assistant Attorney General                               2520 10th Street, N.E., #27
200 St. Paul Place, 17th Floor                         Washington, D.C. 20018
Baltimore, MD 21202