IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                        Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **CONSENT MOTION TO FURTHER EXTEND TIME TO OPPPOSE THE STATE UNIVERSITY DEFENDANTS' MOTION TO DISMISS**, it is hereby

    **ORDERED** that the Plaintiff's Motion be and is

GRANTED

    **Entered** this _____ day of _____, 2006,

                                                **Judge Richard J. Leon**
                                                U.S. District Court for the District of Columbia

**Copies to:**

Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202

Vaughn Lee Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018