IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                 Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## CONSENT MOTION TO FURTHER EXTEND TIME TO OPPPOSE THE STATE UNIVERSITY DEFENDANTS' MOTION TO DISMISS

Plaintiff, pro se, requests additional time, until April 24, 2006, to oppose Defendants the University of Maryland, Baltimore County (UMBC), Dr. Freeman Hrabowski, III, and Professor Alan Sherman (the University Defendants) Motion to Dismiss. This is Plaintiff's third such request. In support of this Motion the Plaintiff states as follows:

1. Pro se Plaintiff needs more time to properly oppose the University Defendants' Motion.

2. On March 27, 2006, the University Defendants' counsel, Assistant Attorney General Elizabeth Marzo Borinsky, consented to the extension until April 24, 2006.

RECEIVED

MAR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONCLUSION

Accordingly, the Plaintiff respectfully requests this Honorable Court to extend the time within which he must file his Opposition to the University Defendants' Motion to Dismiss up to and including April 24, 2006.

Respectfully submitted,

*Vaughn Lee Bennett, pro se*
Vaughn Lee Bennett, *pro se*
2520 10th Street, NE, #27
Washington, D.C. 20018
(202) 351-2627

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion to Further Extend Time to Oppose the State University Defendants' Motion to Dismiss was mailed, first class and postage prepaid this 28th day of March, 2006 to:

Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202

Vaughn Lee Bennett