IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:05CV02225 (RJL) |
| UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*, | * |
| Defendants. | * |

**CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE A REPLY MEMORANDUM**

Defendant, David Mehler, by and through his undersigned counsel and pursuant to LCvR 7 and Fed. R. Civ. P. 6, hereby respectfully moves this Honorable Court for the entry of an Order extending the time within which a reply memorandum should be filed to and including April 12, 2006.

The pro se Plaintiff has consented to this relief.

The need for this extension arises because of a delay in receipt of the notice that the Opposition had been filed. This brief extension will not unduly delay the proceedings and will not occasion any prejudice to any party or the Court.

Accordingly, this Defendant respectfully prays that this Motion be granted.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ David P. Durbin
David P. Durbin  #928655
Anjuma K. Goswami  #485466
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800

Counsel for Defendant, David Mehler

### CERTIFICATION

I HEREBY CERTIFY that in a telephone conversation on April 5, 2006, the pro se Plaintiff consented to this enlargement of time request.

David P. Durbin

### POINTS AND AUTHORITIES

1. LCvR 7.
2. Fed. R. Civ. P. 6.

David P. Durbin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For An Enlargement Of Time Within Which To File A Reply Memorandum was mailed, first class and postage prepaid, this _5th_ day of April, 2006 to:

>Mr. Vaughn Lee Bennett
>#27
>2520 10th Street, NE
>Washington, DC 20018
>
>Richard E. Schimel, Esquire
>BUDOW & NOBLE, P.C.
>Suite 600
>7201 Wisconsin Avenue
>Bethesda, MD 20814
>  Counsel for John McCrary
>
>Jeffrey Thomas Brown, Sr., Esquire
>DeCARO, DORAN, SICILIANO,
>  GALLAGHER & DeBLASIS, L.L.P.
>P.O. Box 40
>Lanham, MD 20703-0040
>  Counsel for Harry Cohen
>
>Tina M. Maiolo, Esquire
>Thomas L. McCally, Esquire
>CARR MALONEY, P.C.
>Suite 1100
>1667 K Street, NW
>Washington, DC 20006
>  Counsel for United States of America Chess
>  Federation, Robert John McCrary, Timothy Redman,
>  Timothy Just, Thomas Brownscombe, William
>  Goichberg, Boyd Reed and Gregory Vassersteihn

Elizabeth Marzo Borinsky, Esquire
Assistant Attorney General
17th Floor
200 St. Paul Place
Baltimore, MD 21202
  Counsel for University of Maryland Baltimore
  County, Dr. Freeman Hrabowski, III and Dr. Alan
  Sherman

Mr. Timothy Just
37165 Willow Lane
Gurnee, IL 60031

_____
David P. Durbin