IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN L. BENNETT, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05CV02225 (RJL) |
| UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*, | * | |
| Defendants. | * | |

**ORDER GRANTING CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE A REPLY MEMORANDUM**

Upon consideration of the Consent Motion For An Enlargement Of Time Within Which To File A Reply Memorandum, it is, by this Court, this _____ day of _____, 2006

ORDERED, that the Consent Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that Defendant Mehler file any reply memorandum on or before April 12, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
Anjuma K. Goswami, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

Mr. Vaughn Lee Bennett
#27
2520 10th Street, NE
Washington, DC  20018

Richard E. Schimel, Esquire
BUDOW & NOBLE, P.C.
Suite 600
7201 Wisconsin Avenue
Bethesda, MD  20814

Jeffrey Thomas Brown, Sr., Esquire
DeCARO, DORAN, SICILIANO,
  GALLAGHER & DeBLASIS, L.L.P.
P.O. Box 40
Lanham, MD  20703-0040

Tina M. Maiolo, Esquire
Thomas L. McCally, Esquire
CARR MALONEY, P.C.
Suite 1100
1667 K Street, NW
Washington, DC  20006

Elizabeth Marzo Borinsky, Esquire
Assistant Attorney General
17th Floor
200 St. Paul Place
Baltimore, MD  21202

Mr. Timothy Just
37165 Willow Lane
Gurnee, IL  60031