IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| VAUGHN L. BENNETT, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 02-CA007007 |
| | * | Calendar 1 – Judge Gerald Fisher |
| THE U.S. CHESS CENTER FOUNDATION, INC., et al., | * | Next Event: None |
| Defendants. | * | |

## ORDER

Upon due consideration of the Plaintiff's Motion for Relief From the Court's Order, the Opposition thereto, and the entire record and proceedings herein, it is this 7TH day of MARCH, 2006, by the Superior Court for the District of Columbia,

ORDERED, that the Motion for Relief from the Court's Order be, and is hereby, DENIED.

_____
Gerald I. Fisher
Associate Judge





MAILED From Chambers MAR 22 2006

DOCKETED In Chambers MAR 22 2006

DEFENDANT'S EXHIBIT 4



Case: 2002 CA 007007 B