### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    *Plaintiff*

vs.

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), *et al.*

    *Defendant*

| | |
|---|---|
| Civil No. : | 1:05CV02225 (RJL) |
| Judge : | Richard J. Leon |
| Deck Type : | Civil Rights (Non-Employment) |

### L I N E

**TO THE CLERK OF THE COURT:**

Please note that effective April 24, 2006, the address for the attorney for the Defendant, John McCrary, will be changed. The new address will be:

Budow & Noble, P.C.
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Bethesda, Maryland 20814

The telephone number of counsel remains the same.

**BUDOW AND NOBLE, P.C.**

*/s/ Richard E. Schimel*
_____
Richard E. Schimel, DC Bar #273193
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
Attorney for Defendant John McCrary

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Line to the Clerk was electronically filed to all counsel of record and mailed via first class mail, postage prepaid this 20th day of April 2006, to:

Vaughn L. Bennett
2520 10th Street, N.E., #27
Washington, D.C.  20018

_____
Richard E. Schimel

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

*Plaintiff*

vs.

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), *et al.*

*Defendant*

Civil No.    :   1:05CV02225 (RJL)
Judge        :   Richard J. Leon
Deck Type    :   Civil Rights
                 (Non-Employment)

### L I N E

TO THE CLERK OF THE COURT:

Please note that effective April 24, 2006, the address for the attorney for the Defendant, John McCrary, will be changed. The new address will be:

Budow & Noble, P.C.
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Bethesda, Maryland 20814

The telephone number of counsel remains the same.

BUDOW AND NOBLE, P.C.

Richard E. Schimel, DC Bar #273193
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
Attorney for Defendant John McCrary

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Line to the Clerk was electronically filed to all counsel of record and mailed via first class mail, postage prepaid this 20th day of April 2006, to:

Vaughn L. Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018

*Richard E. Schimel* (signature)
Richard E. Schimel