IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>CHESS FEDERATION (USCF), *et al.*<br><br>Defendant | Civil No.    :   1:05CV02225 (RJL)<br>Judge       :   Richard J. Leon<br>Deck Type  :   Civil Rights<br>                    (Non-Employment) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Please withdraw the appearance of Richard E. Schimel, Esq., and the law firm of Budow and Noble, P.C. as attorneys for Defendant John McCrary pursuant to LcvR 83.6 (b). Mr. McCrary continues to be represented by Tina M. Maiolo, Esq. and Carr Maloney, P.C., 1667 K Street, N.W., Suite 1100, Washington, D.C. 20006.

_____
John McCrary

**BUDOW AND NOBLE, P.C.**

_____
Richard E. Schimel, DC Bar #273193
7315 Wisconsin Avenue
Suite 500 West - Air Rights Center
Bethesda, Maryland 20814
(301) 654-0896

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage pre-paid this 22ND day of May, 2006 to:

Vaughn L. Bennett
2520 10th Street, N.E., #27
Washington, D.C. 20018

Timothy Just
37165 Willow Lane
Gurnee, Illinois 60031

and by electronic filing to all counsel in the ECF system.

Richard E. Schimel