IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN BENNETT | : |
|     Plaintiff, | : Case No. 1:05CV02225 |
| | : |
| | : Judge: Richard L. Leon |
| v. | : |
| | : Deck Type: Civil Rights (non- |
| UNITES STATES CHESS FEDERATION | : |
| et al. | : Date Stamp: 11/16/05 |
| | : |
|     Defendants | : |

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

To the Clerk:

Please mark all claims of the Plaintiff, Vaughn L. Bennett, as settled, satisfied, paid, and dismissed, with prejudice only as to Defendants Maryland Chess Association, Harry Cohen and Sachin Singhal.

Respectfully submitted,

*/s/ Vaughn L. Bennett*
Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018
**Plaintiff**

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

*/s/ Jeffrey T. Brown*
Jeffrey T. Brown
4601 Forbes Boulevard, Suite 200
PO Box 40
Lanham, Maryland 20703-0040
**Attorney for Defendant**

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I hereby certify that on this _23d_ day of _May_, 2006, I electronically filed and mailed as appropriate, post-prepaid, a copy of the foregoing Praecipe of Dismissal with Prejudice, to:

Vaughn L. Bennett, Pro Se
2520 10th Street, NE, #27
Washington, D.C. 20018

Richard E. Schimel, Esquire
BUDOW & NOBLE, P.C.
Suite 600
7201 Wisconsin Avenue
Bethesda, MD 20814
**Counsel for John McCrary**

Tina M. Maiolo, Esquire
Thomas L. McCally, Esquire
CARR MALONEY, P.C.
Suite 1100
1667 K. Street, NW
Washington, DC 20006
**Counsel for United States of America Chess Federation, Robert John McCrary, Timothy Redman, Timothy Just, Thomas Brownscombe, William Goichberg, Boyd Reed and Gregory Vassersteihn**

Elizabeth Marzo Borinsky, Esquire
Assistant Attorney General
17th Floor
200 St. Paul Place
Baltimore, MD 21202
**Counsel for University of Maryland Baltimore County, Dr. Freeman Hrabowski, III and Dr. Alan Sherman**

Mr. Timothy Just
37165 Willow Lane
Gurnee, IL 60031

_/s/ Jeffrey T. Brown_
Jeffrey T. Brown

I:\Common\WP\L1\JTB\Bennett v. USA Chess Federation et al\Pleadings\Stipulation of Dismissal.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2565 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548