IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                                    Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## LINE

**TO THE CLERK OF THE COURT:**

    Please note that effective June 26, 2006, the address for the Pro Se Plaintiff, Vaughn L. Bennett, will be changed. The new address will be:

Vaughn L. Bennett
2520 10th Street, NE, Apt. 28
Washington, D.C. 20018

    The telephone number of Pro Se Plaintiff remains the same, (202) 351-2627.

Respectfully submitted,

*/s/ Vaughn L. Bennett, pro se*
Vaughn L. Bennett, pro se
2520 10th Street, NE, Apt. 28
Washington, D.C. 20018
Telephone: (202) 351-2627

**RECEIVED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Line to the Clerk was mailed to all counsel of record, postage pre-paid this 26th day of June 2006.

Vaughn L. Bennett