FILED

JUL 7 - 2006

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VAUGHN L. BENNETT,       )
                         )
    Plaintiff,           )
                         )   Civil Case No. 05-2225 (RJL)
    v.                   )
                         )
UNITED STATES OF AMERICA )
CHESS FEDERATION, et al.,)
                         )
    Defendants.          )
                         )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 7th day of July 2006, hereby

**ORDERED** that defendants' [#7, 17, 21, 25, 36, and 40] motions to dismiss are GRANTED; and it is further

**ORDERED** that defendant Cohen's [#4] Motion to Quash Service and [#5] Motion to Dismiss, or in the alternative, Motion for Summary Judgment are DENIED AS MOOT pursuant to the [#51] Praecipe of Dismissal with Prejudiced filed with the Court; and it is further

**ORDERED** that plaintiff's [#14] Motion to Appoint Counsel and [#30] Motion for Leave to Proceed In forma pauperis are DENIED; and it is further

**ORDERED** that defendant McCrary's [#11] Motion for Summary Judgment, and defendant Mehler's [#22] Motion for Summary Judgment are DENIED AS MOOT; and it

is further

**ORDERED** that plaintiff, within fifteen (15) days of this Order, show cause as to why the complaint should not be dismissed as to defendants Clark, Goichberg, BMR Design, Brownscombe, Vasserstein, District of Columbia Chess League, Acholonu, Rosario, and Hershey Lodge and Convention Center for lack of service of process; and it is further

**ORDERED** that defendants Maryland Chess Association, Harry Cohen and Sachin Singhal are terminated as parties in this action pursuant to the [51] Praecipe of Dismissal with Prejudiced filed with the Court; and it is further

**ORDERED** that claims against defendants Cohen, McCrary, United States of America Chess Federation, Redman, Just, Reed, Mehler, United States Chess Center Foundation, Mikell, Chess Central, University of Maryland, Baltimore County, Hrabowski, and Sherman are DISMISSED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge