IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAUGHN L. BENNETT

    Plaintiff

v.                                                                      Case No: 5CV2225 (RJL)

UNITED STATES OF AMERICA
CHESS FEDERATION (USCF), et al,

    Defendants

## ORDER

Upon consideration of Plaintiff Vaughn L. Bennett's **PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT**, it

is hereby

**ORDERED** that the Plaintiff's Motion be and is

GRANTED

**Entered** this _____ day of _____, 2006,

                                            **Judge Richard J. Leon**
                                            U.S. District Court for the District of Columbia

**Copies to:**

Elizabeth Marzo Borinsky
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202

Colleen Durbin, Esquire
Carr Maloney P.C
1615 'L' Street, NW Suite 500
Washington, D.C. 20036

Vaughn Lee Bennett
2520 10th Street, N.E., #28
Washington, D.C. 20018

David P. Durbin, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036