IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VAUGHN L. BENNETT, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05CV02225 (RJL) |
| UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*, | * | |
| Defendants. | * | |

**ORDER GRANTING OPPOSITION TO PLAINTIFF'S
MOTION TO ALTER OR AMEND THE JUDGMENT**

Upon consideration of the Opposition To Plaintiff's Motion To Alter Or Amend The Judgment filed by Defendant, David Mehler, any Opposition thereto and the entire record herein; it is, by this Court, this _____ day of _____, 2006

ORDERED, that Plaintiff's Motion be and the same hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Mr. Vaughn Lee Bennett
Apartment 28
2520 10th Street, NE
Washington, DC 20018

Tina M. Maiolo, Esquire
Thomas L. McCally, Esquire
CARR MALONEY, P.C.
Suite 1100
1667 K Street, NW
Washington, DC 20006

Elizabeth Marzo Borinsky, Esquire
Assistant Attorney General
17th Floor
200 St. Paul Place
Baltimore, MD 21202

Mr. Timothy Just
37165 Willow Lane
Gurnee, IL 60031