IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAUGHN L. BENNETT, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:05CV02225 (RJL) |
| UNITED STATES OF AMERICA CHESS FEDERATION, *et al.*, | * |
| Defendants. | * |

## P R A E C I P E

In light of Plaintiff's failure to show cause as ordered by this Court in the Order of July 7, 2006, this action should be dismissed as to the remaining named (but not served) Defendants, Clark, Goichberg, BMR Design, Brownscombe, Vasserstein, District of Columbia Chess League, Acholonu, Rosario, and Hershey Lodge and Convention Center and a final judgment entered.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.


By:   / s /  David P. Durbin
   David P. Durbin  #928655
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC  20036
   (202) 496-2804
   Fax:  (202) 496-2800
   E-mail:  d.durbin@jocs-law.com

Counsel for Defendant, David Mehler

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Praecipe was mailed, first class and postage prepaid, this ___23rd___ day of August, 2006 to:

    Mr. Vaughn Lee Bennett
    Apartment 28
    2520 10th Street, NE
    Washington, DC  20018

    Tina M. Maiolo, Esquire
    Thomas L. McCally, Esquire
    CARR MALONEY, P.C.
    Suite 500
    1615 L Street, NW
    Washington, DC  20036
      Counsel for United States of America Chess
      Federation, Robert John McCrary, Timothy Redman,
      Timothy Just, Thomas Brownscombe, William
      Goichberg, Boyd Reed and Gregory Vassersteihn

    Elizabeth Marzo Borinsky, Esquire
    Assistant Attorney General
    17th Floor
    200 St. Paul Place
    Baltimore, MD  21202
      Counsel for University of Maryland Baltimore
      County, Dr. Freeman Hrabowski, III and Dr. Alan
      Sherman

    Mr. Timothy Just
    37165 Willow Lane
    Gurnee, IL  60031

                                                  / s /
                                        David P. Durbin