# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Vaughn L. Bennett
_____
Plaintiff

vs.  Civil Action No. 5 CV 2225 (RJL)

U.S.A. Chess Federation, et al
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 5 day of September, 2006, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 6th & 28th day of August, 2006

in favor of Defendants

against said Plaintiff

**RECEIVED**

SEP - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vaughn L. Bennett, pro se
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Tina Maiolo
1615 'L' St, NW #500
Wash., DC 20036

David Durbin
1100 Connecticut Ave, NW #600
Wash., D.C. 20036

Timothy Just
37165 Willow Lane
Gurnee, IL 60031

Elizabeth Borinsky
200 St. Paul St,
Baltimore, MD 21202